## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **VALDA T. JOHNSON** | |
| Plaintiff(s) | |
| vs. | Civil Case No: **06-0399(ESH)** |
| **ELAINE L. CHAO, et al.** | |
| Defendant(s) | |

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically. This Notice serves as notification of bulky exhibits to the complaint has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

**Date:** March 06, 2006