**RECEIVED**

JUL 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VALDA T. JOHNSON, Plaintiff | ) |
| | ) |
| | ) |
| | ) |
| v. | )    Case No. 1:06CV00399 (ESH) |
| | ) |
| ELAINE CHAO, Defendant, | ) |
| Chairwoman | ) |
|    And | ) |
| | ) |
| BRADLEY BELT, or | ) |
| Vincent Snowbarger, Acting Exec. Director | ) |
| Pension Benefit Guaranty Corporation | ) |
| 1200 K Street, N.W. | ) |
| Washington, D.C. 20005-4026 | ) |
| (202) 326 – 4100 | ) |
| | ) |
|    Defendants | ) |
| | ) |

## AFFIDAVIT OF SERVICE

I, Valda T. Johnson, hereby declare that on the 29th of June 2006, I mailed copies

of the summons and complaint, registered mail, to Elaine Chao, Chairwoman of the

Pension Benefit Guaranty Corporation (PBGC); Alberto Gonzalez; Kenneth Wainstein;

and Vincent Snowbarger, Acting Executive Director of PBGC (as Bradley Belt resigned

from PBGC in May of 2006). Attached are copies of the summons. Also, attached are

copies of the receipts and labels of mailing to each of the four parties stated above. Also,

attached are three of the four green cards acknowledging service (copies made). One

green card was not returned, but can be tracked. (Continue to page 2)

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ___Fields_____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Fields    6/30/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Elaine Chao
Dept. Of Labor
Frances Perkins Bldg.
200 Constitution Ave, N.W.
Washington, DC 20210

3. Service Type
☐ Certified Mail  ☐ Express Mail
☒ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  RB 244608299 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
REGINOLD D. ROWAN   7/3/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Kenneth L. Wainstein
Judiciary Center Bldg
USA
555 Fourth Street, N.W.
WASHINGTON, DC 20530

3. Service Type
☐ Certified Mail  ☐ Express Mail
☒ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  RB 244608308 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(Sideways card, right side:)

**SENDER:** *COMPLETE THIS SECTION*
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
(Bradley Belt)
Vincent Snowbarger, Acting
Exec. Director PBGC
1200 K Street, N.W.
Washington D.C. 20005-4026

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature  X    ☐ Agent  ☐ Addressee
B. Received by ( Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☒ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)

---

Respectfully submitted,

July 15, 2006

*Valda T. Johnson*

VALDA T. JOHNSON, *Pro Se*
3600 Tupelo Court
Woodbridge, Virginia 22192
**(703) 590-1137**

2



MARTIN LUTHER KING JR PO
WASHINGTON, District of Columbia
20439998
105005238-0097
(202)523-2001    12:51:56
06/29/2006    Sales Receipt

Product          Sale  Unit  Final
Description      Qty   Price  Price

WASHINGTON DC 20005
Priority Mail
1 lb. 5.00 oz.                    $4.20
Return Rcpt (Green Card)   $1.85
Registered                 $8.90
  Insured Value :    $0.00
  Article Value :    $0.00
  Label #:  RB244082850S
                        Issue PVI:    $14.95

WASHINGTON DC 20210
Priority Mail
1 lb. 5.00 oz.                    $4.20
Return Rcpt (Green Card)   $1.85
Registered                 $8.90
  Insured Value :    $0.00
  Article Value :    $0.00
  Label #:  RB244082990S
                        Issue PVI:    $13.95

WASHINGTON DC 20530
Priority Mail
1 lb. 5.00 oz.                    $4.20
Return Rcpt (Green Card)   $1.85
Registered                 $8.90
  Insured Value :    $0.00
  Article Value :    $0.00
  Label #:  RB244083080S
                        Issue PVI:    $13.95

WASHINGTON DC 20530
Priority Mail
1 lb. 5.00 oz.                    $4.20
Return Rcpt (Green Card)   $1.85
Registered                 $8.90
  Insured Value :    $0.00
  Article Value :    $0.00
  Label #:  RB244083110S
                        Issue PVI:    $13.95

39c Happy       20    $0.39    $7.80