RECEIVED
JUL 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| VALDA T. JOHNSON, Plaintiff )<br>)<br>)<br>v.        )<br>)<br>ELAINE CHAO, Defendant, )<br>Chairwoman  )<br>   And          )<br>)<br>BRADLEY BELT, or  )<br>Vincent Snowbarger, Acting Exec. Director )<br>Pension Benefit Guaranty Corporation )<br>1200 K Street, N.W. )<br>Washington, D.C. 20005-4026 )<br>(202) 326 – 4100 )<br>)<br>   Defendants )<br>) | Case No. 1:06CV00399 (ESH) |

## AFFIDAVIT OF SERVICE

I, Valda T. Johnson, hereby declare that on the 29th of June 2006, I mailed copies of the summons and complaint, registered mail, to Elaine Chao, Chairwoman of the Pension Benefit Guaranty Corporation (PBGC); Alberto Gonzalez; Kenneth Wainstein; and Vincent Snowbarger, Acting Executive Director of PBGC (as Bradley Belt resigned from PBGC in May of 2006). Attached are copies of the summons. Also, attached are copies of the receipts and labels of mailing to each of the four parties stated above. Also, attached are three of the four green cards acknowledging service (copies made). One green card was not returned, but can be tracked. (Continue to page 2)

**Return Receipt 1 (Elaine Chao):**
- Article Addressed to: Elaine Chao, Dept. of Labor, Frances Perkins Bldg., 200 Constitution Ave, N.W., Washington, DC 20210
- Article Number: RB 244 608 299 US
- Service Type: Registered
- Signature: Fields
- Received by: Fields
- Date of Delivery: 6/30/06

**Return Receipt 2 (Bradley Belt / Vincent Snowbarger):**
- Article Addressed to: Bradley Belt, Vincent Snowbarger, Acting Exec. Director PBGC, 1200 K Street, N.W., Washington, D.C. 20005-4026
- Service Type: Registered

**Return Receipt 3 (Kenneth L. Wainstein):**
- Article Addressed to: Kenneth L. Wainstein, Judiciary Center Bldg, USA, 555 Fourth Street, N.W., Washington, DC 20530
- Article Number: RB 244 608 308 US
- Service Type: Registered
- Received by: REGINALD D. ROWAN
- Date of Delivery: 7/3/06

Respectfully submitted,

July 15, 2006

Valda T. Johnson
VALDA T. JOHNSON, *Pro Se*
3600 Tupelo Court
Woodbridge, Virginia 22192
**(703) 590-1137**

2

