AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Valda T. Johnson, Pro Se
3600 Tupelo Court
Woodbridge, VA 22192
(703) 590-1137  Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Elaine Chao, Chairwoman
Bradley Belt, Exec. Director, Defendants
PBGC
1200 K Street, N.W.
WASHINGTON, DC
20005-4026

CASE NUMBER: 06 CV 0399 (ESH)

TO: (Name and address of Defendant)

Kenneth L. Wainstein
Judiciary Center Building USA
555 Fourth Street, N.W
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' Pro Se (name and address)

VALDA T. JOHNSON
3600 TUPELO CT
WOODBRIDGE, VA 22192
(703) 590-1137

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 23 2006
CLERK                                       DATE

_Jackie Frances_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/29/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Valda T. Johnson | Pro Se Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): by Registered mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | approx $9.00 | $9.00 approx |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 29, 2006

Signature of Server: Valda T. Johnson

Address of Server: 3600 Tupelo Ct, Woodbridge VA 22192

RECEIVED
JUL 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Columbia

Valda T. Johnson, Pro Se
3600 Tupelo Court
Woodbridge, VA 22192
(703) 590-1137   Plantiff

**SUMMONS IN A CIVIL CASE**

V.

Elaine Chao, Chairwoman
Bradley Belt, Exec. Director, Defendants
PBGC
1200 K Street, N.W.
Washington, DC 20005-4026

CASE NUMBER: 06 CV 0399 (E.S.H)

TO: (Name and address of Defendant)

Alberto Gonzalez
950 Pennsylvania Ave, N.W
Washington, DC 20530-0001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' ~~~~~~ Pro Se (name and address)

Valda T. Johnson
3600 Tupelo CT
Woodbridge, VA 22192
(703) 590-1137

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAR 23 2006
CLERK                             DATE

Jackie Francis
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 6/29/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Valda T. Johnson | Pro Se Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Registered mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | approx $9.00 | approx $9.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/29/06

Signature of Server: Valda T. Johnson

Address of Server: 3600 Jupelo Court, Woodbridge, Va 22192

RECEIVED
JUL 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Valda T. Johnson, Pro Se
3600 Tupelo Court
Woodbridge, VA 22192
(703) 590-1137  Plantiff

**SUMMONS IN A CIVIL CASE**

V.

Elaine Chao, Chairwoman
Bradley Belt, Exec. Director, Defendants
PBGC
1200 K Street, N.W.
Washington, DC
20005 - 4026

CASE NUMBER: 06 CV 0399 (ESH)

TO: (Name and address of Defendant)

Elaine Chao
Dept. of Labor
Frances Perkins Building
200 Constitution Ave., N.W.
Washington, DC 20210   Pro se

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~~~~~~~ (name and address)

VALDA T. JOHNSON
3600 TUPELO CT
WOODBRIDGE, VA 22192
(703) 590-1137

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 2 3 2006
_____                _____
CLERK                                       DATE

*Jackie France*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 6/29/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Valda T. Johnson | Pro Se Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Registered mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | approx $9.00 | approx $9.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/29/06    *Valda T. Johnson*
           Date       Signature of Server

3600 Tupelo Ct
Woodbridge, Va 22192
   Address of Server

RECEIVED
JUL 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
District of Columbia

Valda T. Johnson, Pro Se
3600 Tupelo Court
Woodbridge, VA 22192
(703) 590-1137   Plantiff

**SUMMONS IN A CIVIL CASE**

V.

Elaine Chao, Chairwoman
Bradley Belt, Exec. Director, Defendants
PBGC
1200 K Street, N.W.
Washington, DC
20005-4026

CASE NUMBER: 06 CV 0399 (ESH)

TO: (Name and address of Defendant)

Bradley Belt OR Vincent Snowbarger, Acting
1200 K Street, N.W.
Washington, DC 20005-4026

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' Pro Se (name and address)

VALDA T. JOHNSON
3600 TUPELO CT
WOODBRIDGE, VA 22192
(703) 590-1137

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                MAR 23 2006
CLERK                                  DATE

*Jackie Francis*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾
DATE: 6/29/06

NAME OF SERVER (PRINT): Valda T. Johnson
TITLE: Pro Se Plaintiff

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): registered mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | approx $9.00 | approx $9.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/29/06

Signature of Server: Valda J. Johnson

Address of Server: 3600 Tupelo Court, Woodbridge, VA 22192

RECEIVED JUL 18 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.