UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA T. JOHNSON 3600 TUPELO COURT WOODBRIDGE, VA 22192  Plaintiff,  v.  ELAINE L. CHAO Chairwoman  BRADLEY BELT, Executive Director, PENSION BENEFIT GUARANTY CORP., 1200 K STREET, N.W. WASHINGTON, D.C. 20005-4026 (202) 326-4100  Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No. 06-0399 (EGS) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the defendants in this action.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney
        D.C. Bar #451058

        _____
        KAREN L. MELNIK D.C. BAR #436452
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        Civil Division

```
                        555 Fourth Street, N.W.
                        Washington, D.C. 20530
                        (202) 307-0338 (O)
                        (202) 514-8780 (Fax)
```

### CERTIFICATE OF SERVICE

I certify that on this 31st day of August, 2006 the foregoing Praecipe was served on Plaintiff via first-class mail to:

```
        Valda Johnson
        3600 Tupelo Court
        Woodbridge, VA 22192
```

```
                        _____
                        Karen L. Melnik
                        Assistant United States Attorney
                        555 4$^{th}$ Street, N.W. Rm. E 4112
                        Washington, D.C. 20530
                        (202) 307-0338
```