UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA JOHNSON )<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ELAINE L.CHAO, Secretary of Labor, )<br>)<br>    And )<br>)<br>BRADLEY D. BELT, Executive )<br>   Director, Pension Benefit )<br>   Guaranty Corporation )<br>)<br>    Defendant. ) | Case No. 1: 06CV00399 (EGS) |

**RESPONSE TO PLAINTIFF'S MOTION THAT
"ALL ADMINISTRATIVE TIME PERIODS
HAVE NOW BEEN PROPERLY EXHAUSTED"**

Plaintiff, Valda Johnson ("Plaintiff"), has filed a motion asking the Court to: (1) declare that all administrative time periods have been properly exhausted with regard to all claims in her Complaint; (2) amend her Complaint to include all claims raised in her Formal Complaint No. 06-03 filed with Defendant, Pension Benefit Guaranty Corporation ("PBGC" or "Defendant"); and, (3) hold the case in abeyance until April, 2007, to see if the Plaintiff receives a promotion.

**Exhaustion of Time Periods**

Concurrent with this response, Defendant is filing an answer to Plaintiff's complaint. One of the Plaintiff's claims alleges tortious conduct (defamation) on the part of Defendant. Plaintiff failed to exhaust her administrative remedies insofar as she has not filed a claim with Defendant

pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2675.[1]

## Motion to Amend Complaint

Plaintiff has the right to amend her complaint prior to Defendant's filing of an answer. Defendant does not dispute that the issues associated with her formal complaint (No. 06-03) are within the scope of this action.

## Motion to Hold Case in Abeyance

Defendant is prepared to proceed with this case.  However, Defendant does not object to the Court dismissing Plaintiff's case without prejudice.

WHEREFORE, for the reasons above, the Court should deny Plaintiff's motion because all adminstrative remedies have not been exhausted.

Respectfully Submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122


_____/s/_____
KAREN L. MELNIK, D.C. Bar #436452
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530

---

[1] Defendant, notes, however, that defamation is specifically excluded from the FTCA's waiver of sovereign immunity.  See 28 U.S.C. § 2680(h) (excluding libel and slander). Defamation is encompassed within libel and slander.  See Hosey v. Jacobik, 966 F.Supp. 12, 15 (D.D.C. 1997) (defamation is "simply a broader term for slander and libel," and accordingly, is a type of claim for which the United States may not be sued).

Tel: (202) 307-0338
Fax: (202) 514-8780
E-mail: Karen.Melnik@usdoj.gov


JUDITH R. STARR, General Counsel
PHILIP HERTZ, Deputy General Counsel
TIM CALLAGHAN, Assistant General Counsel
RAYMOND M. FORSTER, D.C. Bar # 411801

STEPHEN E. WILLIAMS, D.C. Bar # 262097
Pension Benefit Guaranty Corporation          .
1200 K St., N.W., Rm 11111
Washington, D.C. 20005-4026
Tel: (202) 326-4400 ext. 3514
Fax: (202) 326-4122
E-mail: williams.steve@pbgc.gov