UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA JOHNSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1: 06CV00399 (EGS) |
| v. ) | |
| ) | Judge Emmet G. Sullivan |
| ELAINE L.CHAO, Secretary of Labor, ) | |
| ) | |
| And ) | |
| ) | |
| BRADLEY D. BELT, Executive ) | |
| Director, Pension Benefit ) | |
| Guaranty Corporation ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S RESPONSE TO "PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND REQUEST FOR MOTION TO HOLD CASE IN ABEYANCE UNTIL SUCH TIME PBGC ACTS IN GOOD FAITH, GRANT PLAINTIFF PROMOTION AND MEDICAL COSTS, OR <u>DISMISS CASE WITHOUT PREJUDICE</u>"**

Plaintiff, Valda Johnson ("Plaintiff"), has filed: (1) an opposition to a purported motion for attorney's fees filed by Defendant, Pension Benefit Guaranty Corporation ("PBGC" or "Defendant"); and, (2) a motion to hold the case in abeyance until such time that PBGC acts to grant Plaintiff a promotion and pay her medical costs or, alternatively, to dismiss her case without prejudice.

**Attorney Fees**

Defendant has not filed a motion for attorney's fees in this case. Defendant, in the Prayer for Relief section of its Answer, asks the Court to consider awarding Defendant attorney's fees and

costs should it prevail in this matter on the merits.[1] The issue of attorney's fees is premature at this juncture of the litigation.

## Motion to Hold Case in Abeyance

As Defendant stated in its response to a motion Plaintiff filed previously in this case, see Docket Entry Nos. 5 and 9, Defendant is prepared to proceed with this case. However, Defendant does not object to the Court dismissing Plaintiff's case without prejudice.

Respectfully Submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
KAREN L. MELNIK, D.C. Bar # 436452
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0338
Fax: (202) 514-8780
E-mail: Karen.Melnik@usdoj.gov

---

[1] The Plaintiff appears to be concerned with a request for attorney's fees by the National Association of Government Employees ("NAGE") in another case in which she is a party, *Johnson v. Holway*, No. 03-2513 (D.D.C.). On September 12, 2006, Judge Huvelle issued a minute order denying NAGE's motion for attorney's fees.

JUDITH R. STARR, General Counsel
PHILIP HERTZ, Deputy General Counsel
TIM CALLAGHAN, Assistant General Counsel
RAYMOND M. FORSTER, D.C. Bar # 411801
STEPHEN E. WILLIAMS, D.C. Bar # 262097
Pension Benefit Guaranty Corporation            .
1200 K St., N.W., Rm 11111
Washington, D.C. 20005-4026
Tel: (202) 326-4400 ext. 3514
Fax: (202) 326-4122
E-mail: williams.steve@pbgc.gov

## CERTIFICATE OF SERVICE

I certify that on this 21st day of September, 2006 the foregoing Response to "Plaintiff's Opposition to Defendants' Motion for Attorney's Fees and Request for Motion to Hold Case in Abeyance Until Such Time PBGC Act in Good Faith, Grants Plaintiff Promotion and Medical Costs, or Dismiss Without Prejudice," was served on Plaintiff via first-class mail to:

    Valda Johnson
    3600 Tupelo Court
    Woodbridge, VA 22192

_____
Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W. Rm. E 4112
Washington, D.C. 20530
(202) 307-0338