precautionary measures, if controverted, or impeachment.

## Rule 408. Compromise and Offers to Compromise

Evidence of (1) furnishing or offering or promising to furnish, or (2) accepting or offering or promising to accept, a valuable consideration in compromising or attempting to compromise a claim which was disputed as to either validity or amount, is not admissible to prove liability for or invalidity of the claim or its amount. Evidence of conduct or statements made in compromise negotiations is likewise not admissible. This rule does not require the exclusion of any evidence otherwise discoverable merely because it is presented in the course of compromise negotiations. This rule also does not require exclusion when the evidence is offered for another purpose, such as proving bias or prejudice of a witness, negativing a contention of undue delay, or proving an effort to obstruct a criminal investigation or prosecution.

## Rule 409. Payment of Medical and Similar Expenses

Evidence of furnishing or offering or promising to pay medical, hospital, or similar expenses occasioned by an injury is not admissible to prove liability for the injury.

## Rule 410. Inadmissibility of Pleas, Plea Discussions, and Related Statements

Except as otherwise provided in this rule, evidence of the following is not, in any civil or criminal proceeding, admissible against the defendant who made the plea or was a participant in the plea discussions:

1. a plea of guilty which was later withdrawn;

**Disclaimer:** The ExpertPages knowledge base and resource center contain articles written by experts listed with ExpertPages and other authors. The views expressed in each article are those of the author, and do not necessarily represent the position of ExpertPages or its affiliates.

Contact Us I About Us I Terms and Conditions I All Medical Expert Witness Topics I All Non-Medical Experts Witness Topi



Expert Pages®com was the first and is the leading expert witness and consultant site on the Internet. By accessing Expe our Conditions of Use which prohibit use for marketing or solicitation, our Disclaimer, and our Privacy Policy. Although ce been verified by ExpertPages, users should always independently verify qualifications of all experts. For listing or other ir Us. © Advice Company since 1995 and automatically updated September 24, 2006

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat                Web Search: _____ Go



Hotmail

valdajohnson@msn.com

Today | Mail | Calendar | Contacts                                           Options | Help
                                                                             Free Newsletters

Reply | Reply All | Forward | Delete | Junk | Put in Folder ▼ | Print View | Save Address    ◄ | ► | X | Inbox

From :   Degenhart, Lara <DegenhartL@howrey.com>
Sent :   Monday, April 17, 2006 12:07 PM
To :     "Valda Johnson" <valdajohnson@msn.com>
Subject: RE: Johnson v. Chao

Valda,

I spoke to Ms. Momeni today about your final settlement offer, reflected below. She advised that while PBGC remained interested in resolving this matter without litigation, the Agency was not able to meet your demand, and that $200,000 was the most it could pay you to settle this matter. She also confirmed the Agency's position that any settlement the Agency agreed to would require you to leave – that is, the Agency is not interested in any settlement under which you would remain employed there. So, the Agency would not agree to a settlement, as you suggested in your recent court filing, that changed your grade by a specific date.

*[handwritten annotation: Offered to negate any contention of undue delay. nog 9/25/06]*

Please call me if you would like to discuss this matter before the status conference on Wednesday morning. My number is 202-383-6832.

Lara

**From:** Valda Johnson [mailto:valdajohnson@msn.com]
**Sent:** Sunday, April 16, 2006 9:30 PM
**To:** Mercedeh.Momeni@usdoj.gov; Degenhart, Lara
**Cc:** williams.steve@pbgc.gov
**Subject:** RE: Johnson v. Chao

Not a problem. I turst you had a good Spring break. My last offer is $350,000 to ensure that, after tax, I would be able to have healthcare and be able to attend college. Please let me know by 12:00 Noon tomorrow. Thanks.