MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Sign Out    Web Search:   Go

 **Find Today's Low Mortgage Rates!**    Loan Type: Select

| SHOP FOR A LOAN | Refinance Today | CALCULATORS | 15 or 30 Year |
| Get a Home Equity Loan | Compare Rates | Should I Refinance? | Fixed or Adjus |
| Debt Consolidation | Home Purchase | What Can I Afford? | Bad Credit OK |

 **Hotmail**     Today | Mail | Calendar | Contacts

valdajohnson@msn.com

Reply | Reply All | Forward | Delete | Put in Folder ▼ | Print View | Save Address    ▲ | ▼ | ✕ | Inbox

| From : | Valda Johnson <valdajohnson@msn.com> |
| Sent : | Thursday, September 21, 2006 12:47 PM |
| To : | Karen.Melnik@usdoj.gov |
| CC : | valdajohnson@msn.com |
| Subject : | RE: 16.3 Joint Report |

There are several. One in particular is mediation. However, I have one modification to my answers.

> From: "Melnik, Karen (USADC)" <Karen.Melnik@usdoj.gov>
> To: Valda Johnson <valdajohnson@msn.com>
> Subject: RE: 16.3 Joint Report
> Date: Thu, 21 Sep 2006 10:56:06 -0400
>
> Ms. Johnson,
>
> As I indicated in my last email, the proposed Joint Report that you returned to me is accurate. The only issue that remains outstanding is the Gov't's position on mediation. I was under the impression that it wouldn't be helpful, which is why the Gov't took that position in the original draft that I sent you. However, you have indicated that you are willing to mediate, so now I wish to discuss that further with agency counsel [whom I've not yet heard from this morning]. As soon as I discuss it with him, the Gov't can finalize its position on the matter, and the Report is ready to go.
>
> Please specify what "conflicts" you are refering to, so that I may address them individually.
>
> Regards,
>
> Karen L. Melnik
> Assistant United States Attorney
> 555 4th Street, N.W.
> Washington, D.C. 20530
> (202) 307-0338
> karen.melnik@usdoj.gov
>
>
> From: Valda Johnson [mailto:valdajohnson@msn.com]
> Sent: Thursday, September 21, 2006 10:41 AM
> To: Melnik, Karen (USADC)

**Cc:** valdajohnson@msn.com
**Subject:** RE: 16.3 Joint Report

Dear Ms. Melnik

What would be helpful, at this point, is to see the file with your corrections so that I know what your position is. At this point, you know my position, but I don't know yours as there were conflicts in the file. So, please fulfill the requirement and let me know. I'd appreciate it.

Regards

> **From:** "Melnik, Karen (USADC)" <Karen.Melnik@usdoj.gov>
> **To:** Valda Johnson <valdajohnson@msn.com>
> **Subject:** *RE: 16.3 Joint Report*
> **Date:** *Thu, 21 Sep 2006 09:31:43 -0400*
>
> Ms. Johnson,
>
> I am pleasantly surprised to see that you are interested in mediation. It was my understanding from Mr. Steven Williams [agency counsel], that this was likely not an option. I will discuss it with him today, and perhaps we can agree on that.
>
> The fact that it's a Joint report doesn't mean the parties have to agree on everything. I do not believe the Government's positions are inconsistent. The way it reads now is perfectly ok.
>
> The "confer" requirement of the Court's order is satisfied by our communications via email. There's no requirement that we talk on the telephone, however, I am available today at 1:30 if you want to speak directly. The Gov't may change its position on mediation [and I'll make that determination today], but other than that, the Joint Report is fine. I'd be happy to electronically file it next Wednesday.
>
> Regards,
>
>
> Karen L. Melnik
> Assistant United States Attorney
> 555 4th Street, N.W.
> Washington, D.C. 20530
> (202) 307-0338
> karen.melnik@usdoj.gov
>
>
> **From:** Valda Johnson [mailto:valdajohnson@msn.com]
> **Sent:** Wednesday, September 20, 2006 6:20 PM
> **To:** Melnik, Karen (USADC)
> **Cc:** valdajohnson@msn.com; revjefferyjohnsonsr@msn.com
> **Subject:** RE: 16.3 Joint Report

Dear Ms. Melnik.

   I can certainly appreciate the fact that you are very busy. It is the end of the fiscal year for me also. However, the court order asked that we confer by today. Yesterday was the first I saw of the Order. The Court must not be aware that I am pro se. I will notify the Court.

   I could not tell what your position was based on the fact that your document had conflicting information. It was labeled again the case between PBGC and Mr. DeLarse Montgomery. By Monday, I will file with the Court my position with the understanding that you could not make yourself available to clarify your position because of other obligations. I will also make myself available to you on tomorrow. If you are available tomorrow during lunch, please let me know, I will call you. Let me know what time you can be available. My husband will be representing me in certain matters as I presume you have a PBGC attorney available to you and that you must share information with him or her.

   I would also like to take this opportunity to thank you for forwarding me the Order from the Court. I would also like to let you know that I intend to file a motion that I believe that your involvement in my case may prove to involve a potential conflict. I am not contentious about it. It is just that I believe that PBGC has used employees against each other in some cases - in order that some might get settlements and go away. Mr. Montgomery was very concerned that you let me know about his case. Though it is public information, I don't make it a point to do research on the cases of others. Mr. Montgomery was concerned that you had sabotaged his efforts for a settlement. Mr. Montgomery and I, at times, have been on opposing sides of Union matters, while we generally agree in principle about equal rights. I would hate to see him in Court testifying against me as part of some deal.

   My position and what I believed was your position is in the contents below.

   Again, I appreciate your time. Thank you.


## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

---

VALDA T. JOHNSON,　　　　　　　　　　)

　　　　　　　　　　　　　　　　　　　)

　　　　　　Plaintiff,　　　　　　　　　)

　　　　　　　　　　　　　　　　　　　)

)  Civil Action No. 06-399 (EGS)

)

**ELAINE CHAO,**       )

  Secretary of Labor, et al.,   )

)

**Defendants.**         )

_____  )

## JOINT REPORT PURSUANT TO LOCAL RULE 16.3

Pursuant to the Court's order, and pursuant to LCvR 16.3, *pro se* Plaintiff and counsel for the Defendants conferred by telephone by e-mail on September 19, 2006 and September 20, 2006. Based on this conference, the parties hereby report to the Court as follows:

Plaintiff's Statement of the Case

Plaintiff's claims are brought pursuant to Title VII of the Civil Rights Act of 1964, as amended by the Equal Employment Opportunity Act of 1972 ("EEOA), 42 U.S.C. $$ 2000e seq., and as further amended by Section 102 of the Civil Rights Act of 1991, 42 U.S.C. $ 1982a, to remedy alleged acts of discrimination in PBGC's employment practices against Plaintiff because of her color (Black), race (African and Native American), religion (Baptist), and in retaliation for having engaged previously in protect civil rights activity as the Union President, and personally. The claims involve allegations of a hostile work environment where Plaintiff has had her work

manipulated, was denied important work benefits such as flexiplace for accommodations in TPD6, was subject to racial and religious slurs, blackballing, public defamation and humiliation and has had work relationships (with federal and contract staff) sabotaged. Plaintiff claims that PBGC retaliated against her for past EEO activities by denying her more than twenty promotions and using political connections to prevent arbitrations from being completed – causing her to suffer mentally and causing her economic loss.

of the Case

　　　　Defendants denies the allegations that plaintiff was subjected to any form of discrimination, including sex, race or "religious discrimination," or retaliation. Defendants deny that the alleged incidents of discrimination and retaliation actually occurred.

As regards the topics set out in Local Rule 16, the parties state as follows:

1. <u>Status of Dispositive Motions</u>: Plaintiff believes that, at this juncture, it is premature to discuss dispositive motion as the plantiff believes that the Court should permit this matter to be submitted to mediation, prior to the commencement of discovery.

　Defendants believe that this action may be resolved by dispositive motion following discovery.

2. <u>Amended Pleadings</u>: The Defendants do not anticipate that it will be necessary to join

　　　　third parties or amend the pleadings. Plaintiff reserves

the right to add parties.

3. <u>Assignment to Magistrate Judge</u>: Plaintiff consents to the assignment of this case

to a Magistrate Judge for purposes of mediation. Defendants do not consent to the assignment of this case to a Magistrate Judge; they prefer to remain on the present calendar for all purposes.

4. <u>Settlement Possibility</u>: Plaintiff is open to the options of mediation. Defendants do not believe there is a possibility of settlement in this case.

5. <u>Alternative Dispute Procedures</u>: Plaintiff request mediation. Mediation provided close results last time – goals were almost met. Defendants believes that Alternative Dispute

Resolution would not be beneficial.

6. <u>Summary Judgment, Dispositive Motions</u>: Plaintiff believes that, at this juncture, it is premature to discuss dispositive motion as the plantiff believes that the Court should permit this matter to be submitted to mediation, prior to the commencement of discovery.

Defendants believe that any dispositive motion should be filed within 60 days of the close of discovery, that any opposition to that motion should be filed within 45 days of the filing of the motion, and that any reply should be filed within 30 days of the filing of the opposition.

7. <u>Initial Disclosures</u>: Plaintiff wishes that if parties are unable to reach settlement during mediation, then the provisions of Rule 26 shall commence to take effect. Defendants wish to dispense with initial disclosures.

8. <u>Discovery</u>: The Defendants request 180 days to complete discovery. Plaintiff requests

    270 days to complete discovery as some witness have retired and it may be difficult to

locate them. However, in view of parties desire to try to resolve this dispute through mediation (see parts 4 and 5 above), plaintiff ask the Court to stay discovery to allow them to engage in mediation with the assistance of a Magistrate Judge. The parties agree to limit the number of depositions to 10 per side. Defendants request that interrogatories be limited to 25 per side, pursuant to Fed. R. Civ. P. 33(a). Plaintiff requests 40 interrogatories per side because the claims involve multiple promotions. Due to sensitive personal and/or medical information that may be exchanged, the parties may seek a protective order.

9. <u>Experts</u>: Plaintiff does anticipate the use of expert testimony and that deposition of all of experts occur following the completion of all other discovery. The defendants believe that the requirements of Fed. R. Civ. P. 26(a)(2) should not be modified.

10. <u>Class Action Procedures</u>: Plaintiff reserves right to amend for class if necessary. Defendants believe this is not applicable.

11. <u>Bifurcation of Discovery or Trial</u>: The parties do not propose at this time that this case be bifurcated into an entitlement phase and a damages phase.

12. <u>Proposed Date For The Pretrial Conference</u>: Plaintiff requests that the Court set a

pretrial date after mediation and after the resolution of dispositive motions. Defendants request that a pretrial conference be scheduled once the Court has resolved Defendants' anticipated post-discovery motion for summary judgment.

13. <u>Trial Date</u>: The parties agree that a trial date should be set at the pretrial conference.

14. <u>Other Matters</u>: There are no related cases pending before this Court at this time.

Respectfully submitted,                Respectfully submitted,

_____                     _____/s/_____

Valda Johnson                          Kenneth L. Wainstein

Pro Se Plaintiff                       D.C. Bar No. 451058

                                       UNITED STATES ATTORNEY


                                       _____/s/_____

                                       Rudolph Contreras

                                       D.C. Bar No. 434122

                                       Assistant United States Attorney

                                       _____/s/_____

                                       Karen L. Melnik

                                       D.C. Bar No. 466452

                                       Assistant United States Attorney
                                       555 Fourth Street, N.W., E-4112

                                       Washington, D.C. 20530

                                       Tel. (202) 307-0338

                                       Fax (202) 514-8780


                                       Attorneys for Defendants

From: "Melnik, Karen (USADC)" <Karen.Melnik@usdoj.gov>
To: Valda Johnson <valdajohnson@msn.com>

Subject: *RE: 16.3 Joint Report*
Date: *Wed, 20 Sep 2006 15:30:07 -0400*

Ms. Johnson,

Sorry for the misunderstanding regarding Word/Wordperfect. I'm afraid I'll have to give you a call on Monday [let me know what time is good for you], as I'm not available at 5:30 today, and will not be in town on Friday. Feel free to email the document to me with your edits, so that when we speak on Monday, I'll be up to speed with your position on the various topics.

Regards,

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338
karen.melnik@usdoj.gov


**From:** Valda Johnson [mailto:valdajohnson@msn.com]
**Sent:** Wednesday, September 20, 2006 1:27 PM
**To:** Melnik, Karen (USADC)
**Cc:** valdajohnson@msn.com
**Subject:** RE: 16.3 Joint Report

Ms. Melnik

   Thank you for your response. I hope you are having a good day. I am sorry if I was a little unclear before, but I was asking you to send me the document in WORD. I managed to get it copied and was able to convert it. No problem, though, as I had a copy of a previous filing and was able to modify it during part of my lunch break. I've made my modifications and I will file it on behalf once I get your edits. I just want to make sure the correct file is sent as the one from my personal e-mail appears to still have DeLarse Montgomery's name attached to it.. I am available on Friday by phone or today at 5:30 p.m. My number is (703) 590 - 1137.

Ms. Johnson.

> From: *"Melnik, Karen (USADC)"*
> *<Karen.Melnik@usdoj.gov>*
> To: *Valda Johnson <valdajohnson@msn.com>*
> Subject: *RE: 16.3 Joint Report*
> Date: *Wed, 20 Sep 2006 11:31:48 -0400*
>
> Dear Ms. Johnson,
>
> I appreciate your point of view. I do have Word, so feel free to email the document in that format (we typically

work in Wordperfect, so I'll have to convert it back, but that's not a problem).

Take your time with your responses, although nothing at this stage is "written in stone," as they say. I just need your portion/edits no later than next Tuesday, for final filing on Wednesday.

Regards,
Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338
karen.melnik@usdoj.gov

---

**From:** Valda Johnson [mailto:valdajohnson@msn.com]
**Sent:** Wednesday, September 20, 2006 11:26 AM
**To:** Melnik, Karen (USADC)
**Cc:** valdajohnson@msn.com
**Subject:** RE: 16.3 Joint Report

Dear Ms. Melnik,

I do feel that your involvement might be a conflict. In any case, we will proceed for now. Last evening, I marked up a copy of the filing, but I can't download the file as it is in wpd. Do you happen to have Word?

Also, I wanted to let you know that mediation could have work last time and we were very close, but I think that PBGC was waiting to see how the NAGE case was going to result. Their offer was monetary - and moving in the right direction, but was not enough after tax to accomplish the objective - that was salary and return to school. My position was to get the promotion. I did get an offer of a new position - a lateral with potential to the next level, but immediately the games began and the promotion became dependent upon "relationships" in a division where several others white actuaries felt that they should have gotten the promotion. That hasn't been a requirement for other positions - just the outspoken African American president. A previous Union president - white - got her one promotion to get her out of the Union, but there were no other chances for advancement. At least she got the one. PBGC does bad things to minorities who file EEO complaints - while others whites seemingly get a chance, except in the case of the history of Union presidents who really stood up against MANAGEMENT. I am not sure of your ethnic

background, but wanted to let you know that it is UGLY. It is not a matter of the weak and the poor, but right and wrong, and it is demeaning. Once I get a copy of the WORD document and have thought about it a llittle more today, I will let you know how I feel about mediation - and whether it could work and when.

From: "Melnik, Karen (USADC)" <Karen.Melnik@usdoj.gov>
To: valdajohnson@msn.com
Subject: *16.3 Joint Report*
Date: *Mon, 18 Sep 2006 12:55:56 -0400*

Ms. Johnson,

I got your voicemail, so I'm re-sending the draft 16.3 Report to this email address. Please fill in "Plaintiff's Statement." It only needs to be 1 or 2 paragraphs. Please make any edits you deem necessary to the other headings that follow, and then email the report back to me. When I get your edits, I'll give you a call before filing the final version with the Court.

Regards, <<Johnson.16.3 draft.wpd>>

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338
karen.melnik@usdoj.gov

><< Johnson.16.3draft.wpd
>>

Share your special moments by uploading 500 photos per month to Windows Live Spaces

Find a local pizza place, music store, museum and more...then map the best route!

Find a local pizza place, music store, museum and more...then map the best route!

The next generation of Search—say hello!

Express yourself - download free Windows Live Messenger themes!

◢ | ◉ | ▭                                                      ▲ | ▼ | ✕ | 📁 Inbox

**Get the latest updates from MSN**

**MSN Home** | **My MSN** | **Hotmail** | **Search** | **Shopping** | **Money** | **People & Chat**

© 2006 Microsoft  TERMS OF USE  Advertise  TRUSTe Approved Privacy Statement  GetNetWise  Anti-Spam Policy