**Johnson Valda**

| | | | |
|---|---|---|---|
| **From:** | Melnik, Karen (USADC) [Karen.Melnik@usdoj.gov] | **Sent:** | Mon 9/18/2006 5:21 PM |
| **To:** | Johnson Valda | | |
| **Cc:** | | | |
| **Subject:** | RE: Civil action 06cv399 | | |
| **Attachments:** | | | |

will do.

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338
karen.melnik@usdoj.gov

---

**From:** Johnson Valda [mailto:Johnson.Valda@pbgc.gov]
**Sent:** Monday, September 18, 2006 3:19 PM
**To:** Melnik, Karen (USADC)
**Subject:** RE: Civil action 06cv399

I am sorry - one last message. You might want to advise PBGC not to delete any files or messages associated with the case, as suddenly my computer doesn't work and I have not been assured that the files saved from it are safe on my h:\ drive.

-----Original Message-----
**From:** Johnson Valda
**Sent:** Monday, September 18, 2006 1:37 PM
**To:** 'Melnik, Karen (USADC)'
**Subject:** RE: Civil action 06cv399

I've not gotten any order from the Court. When was the order done and by whom? I've not even gotten an order as to who is the judge in this case? The court is supposed to do that, you know. After this e-mail, I will only send messages from msn account.

-----Original Message-----
**From:** Melnik, Karen (USADC) [mailto:Karen.Melnik@usdoj.gov]
**Sent:** Monday, September 18, 2006 1:27 PM
**To:** Johnson Valda
**Subject:** RE: Civil action 06cv399

Sorry about that. I just forget to change the heading. The information that follows is with respect to your case, not his. I sent it to your msn account a few minutes ago. Just ignore the heading - I'll change that.

Regards,

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

(202) 307-0338
karen.melnik@usdoj.gov

---

**From:** Johnson Valda [mailto:Johnson.Valda@pbgc.gov]
**Sent:** Monday, September 18, 2006 1:21 PM
**To:** Montgomery Delarse; Melnik, Karen (USADC)
**Subject:** FW: Civil action 06cv399

The case that you forwarded me has DeLarse's name on it. I am just letting you know because I don't want him to think that I got information concerning a possible case for him in a way that I should not have. Please send this information to my msn account - valdajohnson@msn.com.

Thanks.
-----Original Message-----
**From:** Melnik, Karen (USADC) [mailto:Karen.Melnik@usdoj.gov]
**Sent:** Monday, September 18, 2006 10:12 AM
**To:** Johnson Valda
**Subject:** Civil action 06cv399

Dear Ms. Johnson,

Per my voicemail message, the Court has issued an order that we confer by tomorrow's date regarding a 16.3 Report. I'm attaching a draft report for your edits. Please fill in a brief statement of your case [only a paragraph is necessary], and provide whatever edits accurately reflect your position as to each heading.

Please email back the document when completed.

Regards, <<Johnson.16.3 draft.wpd>>

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338
karen.melnik@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELARSE MONTGOMERY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2157 (RMU) |
| ) | |
| ELAINE CHAO, ) | |
| Secretary of Labor, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT REPORT PURSUANT TO LOCAL RULE 16.3

Pursuant to LCvR 16.3, counsel for the parties conferred by telephone on February 24, 2006. Based on this conference, the parties hereby report to the Court as follows:

Plaintiff's Statement of the Case

Defendants' Statement of the Case

Defendants denies the allegations that plaintiff was subjected to any form of discrimination, including sex, race or "religious discrimination," or retaliation. Defendants deny that the alleged incidents of discrimination and retaliation actually occurred.

As regards the topics set out in Local Rule 16, the parties state as follows:

1. Status of Dispositive Motions: There are no pending motions. Defendants believe

that this action may be resolved by dispositive motion following discovery. Plaintiff believes that the case will not be resolved on dispositive motion.

2.  <u>Amended Pleadings</u>: The parties do not anticipate that it will be necessary to join third parties or amend the pleadings.

3.  <u>Assignment to Magistrate Judge</u>: Plaintiff consents to the assignment of this case to a Magistrate Judge for all purposes. Defendants do not consent to the assignment of this case to a Magistrate Judge; they prefer to remain on the present calendar for all purposes.

4.  <u>Settlement Possibility</u>: The parties do not believe there is a possibility of settlement in this case.

5.  <u>Alternative Dispute Procedures</u>: The parties agree that Alternative Dispute Resolution would not be beneficial.

6.  <u>Dispositive Motions</u>: The parties agree that any dispositive motion should be filed within 60 days of the close of discovery, that any opposition to that motion should be filed within 45 days of the filing of the motion, and that any reply should be filed within 30 days of the filing of the opposition.

7.  <u>Initial Disclosures</u>: The parties agree to dispense with initial disclosures.

8.  <u>Discovery</u>: The parties request 180 days to complete discovery. However, in view of their desire to try to resolve this dispute through mediation (see parts 4 and 5 above), they ask the Court to stay discovery to allow them to engage in mediation with the assistance of a Magistrate Judge. The parties agree to limit the number of

depositions to 10 per side. Defendants request that interrogatories be limited to 25 per side, pursuant to Fed. R. Civ. P. 33(a). Plaintiff requests 40 interrogatories per side because the claims involve multiple promotions. Due to sensitive personal and/or medical information that may be exchanged, the parties may seek a protective order.

9. <u>Experts</u>: The parties agree that the requirements of Fed. R. Civ. P. 26(a)(2) should not be modified.

10. <u>Class Action Procedures</u>: Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>: Not appropriate for this case.

12. <u>Proposed Date For The Pretrial Conference</u>: Plaintiff requests that the Court set a pretrial date in accordance with its usual timing and practices. Defendants request that a pretrial conference be scheduled once the Court has resolved Defendants' anticipated post-discovery motion for summary judgment.

13. <u>Trial Date</u>: The parties agree that a trial date should be set at the pretrial conference.

14. <u>Other Matters</u>: There are no related cases pending before this Court.


Respectfully submitted,                                        Respectfully submitted,


  /s/ with permission by KLM                                                      /s/
Valda Johnson
Pro Se Plaintiff                                                Kenneth L. Wainstein
                                                                D.C. Bar No. 451058

UNITED STATES ATTORNEY

_____/s/_____

Rudolph Contreras
D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____

Karen L. Melnik
D.C. Bar No. 466452
Assistant United States Attorney
555 Fourth Street, N.W., E-4112
Washington, D.C.  20530
Tel. (202) 307-0338
Fax (202) 514-8780

Attorneys for Defendants

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Sign Out     Web Search:    Go

# September is National Preparedness Month

## Get Prepared. Get Involved.

Visit www.ready.gov for more information. Ready

 Hotmail    Today | Mail | Calendar | Contacts

valdajohnson@msn.com

Reply | Reply All | Forward | Delete | Put in Folder ▼ | Print View | Save Address

| | |
|---|---|
| From : | Valda Johnson <valdajohnson@msn.com> |
| Sent : | Sunday, September 24, 2006 12:50 AM |
| To : | Montgomery.Delarse@pbgc.gov |
| CC : | valdajohnson@msn.com |
| Subject : | RE: Data |

Monty,

As I discussed this with you on the phone, this appeared to be your document. Not much of it seemed to apply to me as I had not yet conferred with Ms. Melnik. It just had your name on it. So, I presumed it was your document.

> From: "Montgomery Delarse" <Montgomery.Delarse@pbgc.gov>
> To: <valdajohnson@msn.com>
> Subject: Data
> Date: Mon, 18 Sep 2006 13:46:31 -0400
> Now you know I can't resist using the information you sent me, but I
> don't want you to be the recipient of any backlash. So before I avail
> the document to anyone, are you going to have a problem?

Share your special moments by uploading 500 photos per month to Windows Live Spaces

    Inbox



**Get the latest updates from MSN**

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat

© 2006 Microsoft TERMS OF USE  Advertise  TRUSTe Approved Privacy Statement  GetNetWise  Anti-Spam Policy

http://by107fd.bay107.hotmail.msn.com/cgi-bin/getmsg?msg=001B4905-31E5-4684-8DD...  9/24/2006