## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Valda T. Johnson,
        Plaintiff

    v.                               Civil Action No. 06-0399 (EGS/JMF)

Elaine L. Chao,
        Defendant


## NOTICE OF ACKNOWLEDGMENT OF APPOINTMENT OF COUNSEL
## FOR THE LIMITED PURPOSE OF MEDIATION

I have received and reviewed the Court's Order of Appointment of Counsel for the Limited Purpose of Mediation, including the Guidelines for Court-Appointed Mediation Counsel attached to that Order. I understand that counsel is being appointed for the limited purpose of assisting me with the mediation process, and that I must continue to represent myself in this case with respect to matters other than mediation.

Respectfully submitted,

*Valda T. Johnson*
Signature *of* pro se *party*

Valda T. Johnson
Name *of* pro se *party (printed)*

3600 Tupelo Court
Address

Woodbridge, VA 22192
City         State       Zip

(703) 590-1137
Telephone

Valda J. Johnson

Dated: 10/10/2006

OCT 1 0 2006