UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA JOHNSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELAINE L. CHAO, Secretary of Labor, )<br>)<br>And )<br>)<br>BRADLEY D. BELT, Executive )<br>Director, PBGC )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06 - 0399 (EGS)<br><br>Judge Emmet G. Sullivan |

### PRAECIPE

The Clerk will please enter the appearance of Pension Benefit Guaranty Corporation Attorney Stephen E. Williams as counsel for the defendants in this action.

Respectfully Submitted,

*/s/ S. E. Williams*

STEPHEN E. WILLIAMS, D.C. Bar # 262097
Attorney for Defendants
Pension Benefit Guaranty Corporation
Office of General Counsel
1200 K St., N.W., Rm 11111
Washington, D.C. 20005-4026
Tel: (202) 326-4400, Ext. 3514
Fax: (202) 326-4122
Email: Williams.Steve@PBGC.gov

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W. Rm. E 4112
Washington, D.C. 20530
(202) 307-0338

JUDITH R. STARR, General Counsel
PHILIP R. HERTZ, Deputy General Counsel
TIM M. CALLAGHAN, Assistant General Counsel
Pension Benefit Guaranty Corporation
Office of General Counsel
1200 K St., N.W
Washington, D.C. 20005-4026
(202) 326-4400

### CERTIFICATE OF SERVICE

I certify that on this 3rd day of November, 2006 the foregoing Praecipe was served on Plaintiff via first-class mail to:

Valda Johnson
3600 Tupelo Court
Woodbridge, VA 22192

_____
STEPHEN E. WILLIAMS