UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VALDA JOHNSON | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No.: 06-0399 (EGS/JMF) |
| | * | Judge: JOHN M. FACCIOLA |
| ELAINE L. CHAO | * | |
| | * | |
| Defendant | * | |

**NOTICE OF APPEARANCE**

Please enter the appearance of VLADIMIR I. GVOZD and the law firm of BAUER GVOZD, LLC, as counsel for the Plaintiff, VALDA T. JOHNSON, for the limited purpose of representing the *pro se* Plaintiff during the mediation proceedings in the above-styled matter.

Respectfully submitted,

BAUER GVOZD, LLC

*/s/ Vladimir I. Gvozd*
VLADIMIR I. GVOZD
Attorney for Plaintiff[*]
4500 North Park Avenue, Suite 805
Chevy Chase, Maryland 20815
(301) 951-0700

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of December, 2006, a copy of the foregoing Notice of Appearance was mailed first class, postage pre-paid, to the U.S. Attorney's Office, 555 4th Street, NW, Room E4112, Washington, DC 20530.

*/s/ Vladimir I. Gvozd*
VLADIMIR. I. GVOZD

---

[*] Court appointed attorney for the limited purpose of representing the Plaintiff during the mediation proceedings.