UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA T. JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELAINE CHAO, )<br>Secretary of Labor, <u>et al.</u>, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 06-399 (EGS) |

## MOTION TO COURT THAT PLAINTIFF BE INFORMED OF WHO PRO BONO ATTORNEY IS AND MOTION TO AMEND COMPLAINT TO INCLUDE AGENCY'S REPRISAL, INTIMIDATION, AND FAILURE TO ACCOMMODATE PLAINTIFF

On October 6, 2006, the Court appointed pro bono counsel for limited purposes of representing plaintiff Johnson in Court-sponsored mediation. Plaintiff Johnson has not been made aware of who that attorney is and has not been contacted by that attorney. Plaintiff therefore motions to the Court to be informed of the Court appointed attorney. Plaintiff would like to amend the complaint to include PBGC administrative EEO complaints 06-13 and 06-14 to be handled in the mediation, as they are now ripe for trial.

Respectfully Submitted,

Valda T. Johnson, Pro Se   12/18/06
3600 Tupelo Court
Woodbridge, Va. 22192
(703) 590 - 1137

RECEIVED
DEC 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

I certify that a copy of the foregoing *Pro Se* Plaintiff Valda Johnson's Motion for Denial of Defendant's motion for Legal Costs were served by ~~first~~ priority class mail on December 18, 2006, to

_____/
Karen L. Melnik
D.C. Bar No. 466452
Assistant United States Attorney

555 Fourth Street, N.W., E-4112
Washington, D.C. 20530
Tel. (202) 307-0338
Fax (202) 514-8780


*Valda J. Johnson*
Valda T. Johnson, Pro Se
3600 Tupelo Court
Woodbridge, VA 22192
(703) 590-1137

—2—