UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA JOHNSON ) ) ) Plaintiff, ) ) v. ) ) ELAINE L. CHAO, et al., ) ) Defendants. ) _____ ) | Case No. 1: 06CV00399 (EGS-JM) |


VALDA JOHNSON )
 )
 )
      Plaintiff, )
 ) Case No. 1: 06CV00399 (EGS-JM)
      v. )
 )
ELAINE L. CHAO, et al., )
 )
      Defendants. )
_____ )

**MOTION TO CONTINUE STATUS CONFERENCE**

Defendants in the above-captioned case hereby move, pursuant to Rule 7(b)(1) of the Federal Rules of Civil Procedure, to continue the status conference date, currently scheduled for January 18, 2007, at 11:30 a.m. In support of this request, the defendants state as follows:

1. On October 4, 2006, the Court issued a minute order referring this case to Magistrate Judge Facciola for purposes of settlement. On that same date, the Court set a status conference date of January 18, 2007, at 11:30 a.m., in anticipation that the settlement conference would have already occurred.

2. The settlement conference, which was originally scheduled for November 27, 2006, was rescheduled for January 29, 2007, at 10:00 a.m.

3. Since the parties have not yet had the benefit of mediation, there is nothing new to report to the Court, therefore, the defendants request that the current status conference date of January 18, 2007, be continued to a date after the mediation.[1]

---

[1] The plaintiff's attorney for purposes of mediation, Vladimir I. Gvozd, has indicated to the undersigned that he intends to request a continuance of the January 29, 2007, settlement conference, to a date in late February.

4.  Pursuant to LCvR 7(m), the undersigned has received consent for this motion from Plaintiff's counsel for purposes of mediation. Plaintiff, however, stated that she opposes this motion because the status conference would provide her an opportunity to meet her appointed counsel.

Wherefore the defendants request that the status conference be continued to a date after January 29, 2007. A proposed Order accompanies this motion.

                          Respectfully submitted,

                          /s/
                        JEFFREY A. TAYLOR, DC Bar #498610
                        United States Attorney

                          /s/
                        RUDOLPH CONTRERAS, DC Bar #434122
                        Assistant United States Attorney

                          /s/
                        KAREN L. MELNIK DC BAR # 436452
                        Assistant United States Attorney
                        555 4TH Street, N.W. Rm. E-4112
                        Washington, D.C. 20530
                        (202) 307-0338

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Continue Status Conference was served by first-class mail on this 5th day of January, 2007, upon:

Valda Johnson
3600 Tupelo Court
Woodbridge, VA 22192

_____
Karen L. Melnik D.C. Bar # 436452
Assistant United States Attorney
555 4th Street, N.W. Rm E4112
Washington, D.C. 20530
(202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA JOHNSON | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 1: 06CV00399 (EGS-JM) |
| v. | ) |
| | ) |
| ELAINE L. CHAO, et al., | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

ORDER

UPON CONSIDERATION of the Defendants' Motion to Continue Status Conference, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted.  It is further

ORDERED that the status conference scheduled for January 18, 2007, is hereby VACATED, and it is further

ORDERED, that the status conference be set for _____, 2007.


_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Valda Johnson
3600 Tupelo Court
Woodbridge, VA 22192

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530