

RECEIVED

JAN 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **VALDA T.    JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-399 (EGS)** |
| | ) | |
| **ELAINE CHAO,** | ) | |
| **Secretary of Labor, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO COURT THAT PLAINTIFF BE INFORMED OF WHO PRO BONO ATTORNEY IS AND MOTION TO AMEND COMPLAINT TO INCLUDE AGENCY'S REPRISAL, INTIMIDATION, AND FAILURE TO ACCOMMODATE PLAINTIFF; MOTION TO COURT TO CONTINUE WITH JANUARY 18, 2007, CONFERENCE TO DEAL WITH SUCH ISSUES

On October 6, 2006, the Court appointed pro bono counsel for limited purposes of representing plaintiff Johnson in Court-sponsored mediation. Plaintiff Johnson has not been made aware of who that attorney is and has not been contacted by that attorney. Plaintiff therefore motions to the Court to be informed of the Court appointed attorney. Plaintiff would like to amend the complaint to include PBGC administrative EEO complaints 06-13 and 06-14 to be handled in the mediation, as they are now ripe for trial, as previously filed. Plaintiff to motion to court to continue with January 18, 2007 conference date and to deal with unethical behavior of Attorney Melnik. Respectfully Submitted,

*Valda T. Johnson* 1/8/2007

Valda T. Johnson, Pro Se
3600 Tupelo Court
Woodbridge, Va. 22192; (703) 590 - 1137

−1−

I certify that a copy of the Motion of the foregoing *Pro Se* Plaintiff Valda Johnson's Motion for Information of Pro Bono Attorney, Motion to Amend Complaint, & Motion to continue with January 18, 2007, was served by first class mail on January **8th** 2007, to

> Karen L. Melnik
> D.C. Bar No. 466452
> Assistant United States Attorney
>
> > 555 Fourth Street, N.W., E-4112
> > Washington, D.C.  20530
> > Tel. (202) 307-0338
> > Fax (202) 514-8780

Valda T. Johnson, Pro Se
3600 Tupelo Court
Woodbridge, VA 22192

–2–

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat          Web Search:          Go



HUNDREDS OF THE GREATEST GAMES, ALL ON YOUR PC.
WITH MORE GAMES ADDED EVERY WEEK.
GAMETAP    99¢ FOR THE FIRST MONTH    PLAY NOW

 **Hotmail**    Today | Mail | Calendar | Contacts          Option

valdajohnson@msn.com                                                            Free

[Reply] | [Reply All] | [Forward] | [Delete] | [Put in Folder ▾] | [Print View] | [Save Address]

| | |
|---|---|
| From : | Valda Johnson <valdajohnson@msn.com> |
| Sent : | Friday, January 5, 2007 12:34 PM |
| To : | Karen.Melnik@usdoj.gov |
| CC : | valdajohnson@msn.com |
| Subject : | RE: Motion to Continue Jan. 18th Status |

▲ | ▼ | ✗ | 🖾 Inbox

$510,000
Mortgage
for Under
$1,698/Mo!

Think You Pay Too Much for
Your Mortgage? Find Out!

I did not give him consent, Ms. Melnik. I don't even know who he is. You do not have my consent. That is what I intend to file. He has authority over mediation, but not the case. So, he does not have the authority to give you consent. You're an attorney. You know the rules.

> From: "Melnik, Karen (USADC)" <Karen.Melnik@usdoj.gov>
> To: "Valda Johnson" <valdajohnson@msn.com>
> Subject: RE: Motion to Continue Jan. 18th Status
> Date: Fri, 5 Jan 2007 09:13:12 -0500
>
> Ms. Johnson,
>
> I have the docket sheet in front of me and it is set for Jan. 18th at 11:30.
> In any event, you are free to call and meet with your appointed lawyer at
> your convenience. I certainly don't need to come to court so that you
> can meet your attorney. I already asked for his consent and he gave it
> to me. I'm going to file the motion and indicate that he's given his
> consent but you'd prefer to keep it so that you can meet with him. I have
> depositions that day, so I can't be there.
>
> Regards,
>
>
> Karen L. Melnik
> Assistant United States Attorney
> 555 4th Street, N.W.
> Washington, D.C. 20530
> (202) 307-0378
> karen.melnik@usdoj.gov
>



Calculate          Payment

**Click Your State**
Alabama

**Click Your Rate**
3.00% – 3.99%

**Click Credit Type**
Good

**LowerMyBills.com**

> **From:** Valda Johnson [mailto:valdajohnson@msn.com]
> **Sent:** Friday, January 05, 2007 8:54 AM
> **To:** Melnik, Karen (USADC)
> **Cc:** valdajohnson@msn.com
> **Subject:** RE: Motion to Continue Jan. 18th Status

The status conference was set for January 17, 2007, at 11:00, Ms. Melnik. Actually, it might be helpful to go to the status conference so that I can discover who my pro bono attorney is.

From: "Melnik, Karen (USADC)" <Karen.Melnik@usdoj.gov>
To: "Valda Johnson" <valdajohnson@msn.com>
CC: "Williams Steve" <Williams.Steve@pbgc.gov>
Subject: Motion to Continue Jan. 18th Status
Date: Thu, 4 Jan 2007 15:58:38 -0500

Greetings Ms. Johnson,

I'd like to file a motion to continue the Jan. 18th status, as it was set in anticipation of the parties having already completed mediation. Since mediation has not yet occurred, it's appropriate to continue the status until after the parties have mediated so we have something to report to the Court. Please let me know if you consent to this motion.

Regards,

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338
karen.melnik@usdoj.gov

Get FREE Web site and company branded e-mail from Microsoft Office Live

From photos to predictions, The MSN Entertainment Guide to Golden Globes

Get the latest updates from MSN

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat      Feedbac

© 2006 Microsoft TERMS OF USE  Advertise  TRUSTe Approved Privacy Statement  GetNetWise  Anti-Spam Policy