UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VALDA T. JOHNSON, )
)
Plaintiff, )
)
v. ) Civil Action No. 06-399 (EGS)
)
ELAINE CHAO, )
Secretary of Labor, et al., )
)
Defendants. )

## NOTICE TO COURT OF CLARIFICATION OF ISSUES RELATING TO GRANTING OF MOTION TO AMEND COMPLAINT TO INCLUDE AGENCY'S REPRISAL, INTIMIDATION, AND FAILURE TO ACCOMMODATE PLAINTIFF

On January 18, 2007, the Court granted Plaintiff's motion to amend the complaint to include PBGC administrative EEO complaints 06-13 and 06-14 to be handled in the mediation, as they are now ripe for trial, as previously filed. On January 23, 2007, attorney Steve Williams asked for clarification of the amendment. This notice is to clarify for the Court and Mr. Williams. Specifically, the Complaint (06-399) as filed on 03/06/2006, when Judge Ellen Segal Huvelle presided, is amended to include the following under Statement of Claims:

> 18.a. Before returning from medical leave, resulting from workplace stress, Richard Lattimer, an official of HRD, in writing, commanded complainant to return to work and stated that the agency would not honor doctor's request to accommodate plaintiff medical condition. There is a pattern of such behavior. Fortunately, plaintiff had a doctor's excuse to continue for several weeks on sick leave. Upon plaintiff's return to work, HRD

-1-

and the office of the CMO, through managers in TPD6 refused to accommodate plaintiff's medical condition – that is, her ability to work at home for three months after return from medical leave. Other medical flexiplace request for others had been honored in the past. HRD commanded that FMLA would not be allowed, unless plaintiff could prove that she could not perform any of her necessary duties, misstating portions of the Family Medical Leave Act. Instead, plaintiff was threatened with a unsigned letter of counsel.

18.c. Upon plaintiff taking a lateral to a position with promotional opportunity, agency officials commenced to manipulate plaintiff's work through management officials. Agency continued to deny plaintiff promotion and positions to the grade 14 level.

Additionally, the Complaint (06-399) as filed on 03/06/2006, when Judge Ellen Segal Huvelle presided, already includes item (c) in Prayer for Relief as follows:

> (c) Order defendants to retroactively promote plaintiff to appropriate GS-14 level position with full back pay and other benefit; reinstate appropriate leave and reimburse medical expenses and pay for pain and suffering;

Plaintiff wishes to include item the following to the Prayer for Relief:

> (h) Agency will allow plaintiff to perform her duties with dignity and without interference and without manipulation.
>
> (i) Agency will rescind e-mail message with letter with retaliatory letter of counsel.
>
> (j) Agency will allow plaintiff to continue medical treatment without interference and retaliation.

(k) Agency will admit its coercion and involvement in Local Union matters with its intent to destroy the reputation of plaintiff. Agency will publicly apologize for such matter and provide appropriate training to pertinent managers concerning discrimination, reprisal, and retaliation through manipulation of work.

Respectfully Submitted,

Valda T. Johnson, Pro Se  1/29/07
3600 Tupelo Court
Woodbridge, Va. 22192; (703) 590 - 1137

I certify that a copy of the Motion of the foregoing *Pro Se* Plaintiff Valda Johnson's **NOTICE TO COURT OF CLARIFICATION OF ISSUES RELATING TO GRANTING OF MOTION TO AMEND COMPLAINT TO INCLUDE AGENCY'S REPRISAL, INTIMIDATION, AND FAILURE TO ACCOMMODATE PLAINTIFF** served by e-mail on January 29 2007, to

        Karen L. Melnik
        D.C. Bar No. 466452
        Assistant United States Attorney

            555 Fourth Street, N.W., E-4112
            Washington, D.C. 20530
            Tel. (202) 307-0338
            Fax (202) 514-8780

        Steve Williams
        PBGC Attorney
        Williams.steve@pgbgc.gov

*Valda J. Johnson* 1/29/07
Valda T. Johnson, Pro Se
3600 Tupelo Court
Woodbridge, VA 22192
(703) 590-1137