UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VALDA T. JOHNSON, )
)
Plaintiff, )
)
v. ) Civil Action No. 06-399 (EGS)
)
ELAINE CHAO, )
    Secretary of Labor, <u>et al.</u>, )
)
Defendants. )

## <u>NOTICE TO COURT THAT PLAINTIFF HAS NOT RECEIVED ANY KNOWLEDGE OF APPOINTING OF PRO BONO ATTORNEY; AND MOTION TO COURT TO POSTPONE THE STATUS HEARING.</u>

Plaintiff Johnson has not received notice of any assignment of a pro bono attorney for mediation. Plaintiff Johnson motions to postpone the date of the status hearing. The clerk at Judge Facciola's chambers expressed that dates would not be available for mediation until after March. Plaintiff Johnson can be available after the first week in April. Plaintiff Johnson is also involved in other mediation procedures for workplace hostility and work manipulation with the EEO office. The EEO officer has requested that March 15, 2007, be an alternate date for mediation. Of particular concern for mediation is that the of HRD's unwillingness to process vacancies to replace actuaries in the plaintiff's division after other actuaries have been reassigned to positions with potential of promotion. This is of particular concern because of unusual workloads and because of past practice, which allowed for actuaries to be replaced once an actuary moved to a different division.

Plaintiff Johnson has spoken with Mr. Steve Williams, PBGC attorney assigned to this case, to discuss postponing the status hearing. Mr. Williams was agreeable, but stated a desire to confirm this with Department of Justice attorney, Ms. Karen Melnik. Plaintiff Johnson requests postponement of the status hearing until June 17, 2007, to allow time for mediation in all venues.

Respectfully Submitted,

*Valda T. Johnson*    3/3/07
Valda T. Johnson, Pro Se
3600 Tupelo Court
Woodbridge, Va. 22192; (703) 590 - 1137

I certify that a copy of the Motion of the foregoing *Pro Se* Plaintiff Valda Johnson's **NOTICE TO COURT OF NO NOTICE OF PRO BONO ATTORNEY AND MOTION TO POSTPONE STATUS HEARING** was served by e-mail on March 3, 2007, to:

Karen L. Melnik
D.C. Bar No. 466452
Assistant United States Attorney

555 Fourth Street, N.W., E-4112
Washington, D.C. 20530
Tel. (202) 307-0338
Fax (202) 514-8780

Steve Williams
PBGC Attorney
Williams.steve@pgbgc.gov

*Valda T. Johnson* (signature)
Valda T. Johnson, Pro Se
3600 Tupelo Court
Woodbridge, VA 22192

—3—