| | |
|---|---|
| **Johnson Valda** | |
| From: | Williams David |
| Sent: | Thursday, February 22, 2007 6:30 PM |
| To: | Johnson Valda |
| Cc: | Bledsoe Lori; Holder Stephanie |
| Subject: | FW: Request for available dates |

Sensitivity: Confidential

Good afternoon Valda:

I'm still attempting to ascertain available dates for ADR from you. To date, I've not received a response. Unfortunately, your requested date of 3/2/07 is not available for all parties. In order to honor your request in a timely fashion, and to assemble each participant's available dates and times, it's imperative that you provide alternate dates of your availability as soon as possible. To further assist you, please consider 3/14 and 3/15 as alternate dates. Again, I thank you in advance for your response and look forward to hearing from you soon.

Thanks

| | |
|---|---|
| From: | Williams David |
| Sent: | Tuesday, February 20, 2007 11:57 AM |
| To: | Johnson Valda |
| Cc: | Williams David |
| Subject: | RE: Request for available dates |
| Sensitivity: | Confidential |

Good Morning Valda:

This just a courtesy reminder. If possible, please provide your alternate dates by 2/21/07. If you need more time, please contact me.

thx

| | |
|---|---|
| From: | Williams David |
| Sent: | Thursday, February 15, 2007 4:53 PM |
| To: | Johnson Valda |
| Cc: | Williams David |
| Subject: | Request for available dates |
| Sensitivity: | Confidential |

Valda:

We're attempting to move forward with scheduling ADR. Thanks for providing 3/2/07, as your first available date. However, can you please also provide me with additional dates of availability between 3/2/07 - 3/9/07. This will greatly assist my scheduling efforts further. If you have any questions, please contact me. Thanks in advance for your timely response.

David

**Johnson Valda**
From:       Johnson Valda
Sent:       Wednesday, February 28, 2007 8:17 PM
To:         Pilipovich Michele; Snowbarger Vince
Cc:         Watters Serena; Bledsoe Lori
Subject:    RE: Recruiting for Actuaries

In fact, I want to understand what joy anyone gets in keeping others down, and I want to understand what measures or actions are put into place to stop retaliation, reprisal, and discrimination from reoccurring. I want to understand how the Diversity programs are a real and sincere effort to make a positive change. I want to understand this.

---

From:       Johnson Valda
Sent:       Wednesday, February 28, 2007 8:09 PM
To:         Pilipovich Michele; Snowbarger Vince
Cc:         Watters Serena; Bledsoe Lori
Subject:    Recruiting for Actuaries

Today we had a Black History program and we discussed the wonderful opportunities that we now have in 2007, and sometimes we still have to fight and strive for excellence. I want to know why Serena Watters continues to contact Elizabeth Owens, instead of me or excluding me when speaking of recruiting. I want to understand why she couldn't contact for over 2 to 3 weeks to tell me that the event at Howard was not continuing, but she could call and invite Elizabeth Owens, per Elizabeth, to George Mason University. I am the Actuarial Reviewer for this group - the ones with whom actuaries are to work. My understanding is that Lynn Pomponi is included and she is a Reviewer. I want to know why I've been left out of the process. It wasn't until I spoke with a person in HRD and with Bob Stokes that I got any type of response from Serena Watters. I want to know why there is continual disrespect. Who has advised her not to work with me.

**Johnson Valda**

| | | | |
|---|---|---|---|
| **From:** | Johnson Valda | **Sent:** | Fri 3/2/2007 11:41 AM |
| **To:** | Pilipovich Michele | | |
| **Cc:** | Hagans Bennie | | |
| **Subject:** | RE: New Pension Benefit Guaranty Corp. Job Listings | | |
| **Attachments:** | | | |

Thank you. I appreciate that. I see that these positions are from BAPD. What is the status of actuarial vacancies/postings for TPD3? I've been looking for a vacancy now for over six months. Two of our actuaries were essentially promoted and another retired in the first quarter. This left a heavy workload on the division. I'd like to inform an actuarial organization about the positions.

**From:** Pilipovich Michele
**Sent:** Fri 3/2/2007 8:55 AM
**To:** Johnson Valda
**Subject:** RE: New Pension Benefit Guaranty Corp. Job Listings

Your question is being forwarded to the HRD Business Center for reply.

**From:** Johnson Valda
**Sent:** Friday, March 02, 2007 7:56 AM
**To:** hrdpolars; Pilipovich Michele
**Cc:** Hagans Bennie
**Subject:** RE: New Pension Benefit Guaranty Corp. Job Listings

Not sure why I got this, are you?

**From:** hrdpolars
**Sent:** Fri 3/2/2007 12:29 AM
**To:** Johnson Valda
**Subject:** New Pension Benefit Guaranty Corp. Job Listings

The following Pension Benefit Guaranty Corp. jobs were just posted at https://jobs1.quickhire.com/scripts/pbgc.exe

    Job: BAPD-2007-0004
Job Position: 0318A SECRETARY (OA)
Job Description: Secretary (OA)
    Job grade: GS-08
    Open Date: 03/02/2007
    Close Date: 03/16/2007
    Salary Range: $41686.00-$54194.00
    1 vacancy at Washington DC Metro Area, DC

Follow this link to the job listed above:
  https://jobs1.quickhire.com/scripts/pbgc.exe/rundirect?Org=5&Job=204

This position is also listed with USAJobs website ( http://www.usajobs.opm.gov ), as Control Number 848243
-----------------------------------------------------------------

    Job: CTO-2007-0034
  Job Position: 2210O IT SPECIALIST (SYSANALYSIS)
Job Description: Lead IT Specialist

**Johnson Valda**

**From:** Johnson Valda
**Sent:** Wednesday, February 21, 2007 5:14 PM
**To:** Baird Rhonda; Snowbarger Vince; Barber Stephen; Pilipovich Michele; 'starr.judith@pbgc.com'; Bernsen Stuart
**Subject:** RE: Harassement by a Federal Employee (Rhonda Baird)

This is a complaint and sent in defense of my reputation:

As the Court record should show, as testified by Mr. Richard Barry, I was not privy to many of the conversations and information that the Local was not as autonomous as I was lead to believe it was. There was a "fundamental misunderstanding." There were those who complained about a bank statement, that I believed belonged to an autonomous Local and to me, as the duly elected president that was used to prove that no monies were taken by me. I could not prove the entire case in court, but I, Valda Johnson, was offered a settlement for thousands of dollars as the Court records should also show. Perhaps, it was offered because I had been mislead.

Therefore, I lodge a complaint against Mr. Perry for defamation of character. As I am no longer in any Union, this is not an internal Union matter. I appreciate your attention to it. Thank you.

---

**From:** Baird Rhonda
**Sent:** Wednesday, February 21, 2007 7:25 AM
**To:** Snowbarger Vince; Barber Stephen; Pilipovich Michele; starr.judith@pbgc.com; Johnson Valda; Bernsen Stuart
**Cc:** Jeffers Dwayne; 'hardrockp8@aol.com'; Petta Richard; Yamaoka Craig; Greenhill Barry
**Subject:** RE: Harassement by a Federal Employee (Rhonda Baird)

**Dear PBGC Officials, sorry for this email, but Mr. Perry has made a formal complaint against me that I can't just ignore. The complaint is addressed to you. However, I don't know if you're the persons who can address this complaint. Remember your prior claims that certain types of complaints could not be investigated because they were "internal union" matters? Well, if those complaints were internal union matters, this one definitely is! I am guided by your prior behavior, statements and decisions!**

**Union leaders, you're copied because you should all be aware of Mr. Perry's complaint. More importantly, you should note his statements about bargaining unit members Stuart Bernsen and Valda Johnson. His statements in his capacity as a union official (because we all know he is no longer a PBGC employee) implicates union liability. It's the least I can do to ensure you're informed about his irresponsible attack on other PBGC employees. Please contact me if you wish to discuss this complaint. First, send me your rules that provide union officials from truthful opinions of members.**

**Mr. Bernsen and Mrs. Johnson, you must read Mr. Perry's statements below. He is unbelievable!**

**When PBGC stops misusing its investigatory authority and address workplace issues objectively, this environment can be cleaned up and employees like myself and others wouldn't be under the relentless stress of trying to maneuver through the treacherous terrain PBGC intentionally perpetuates.**

**Rhonda Baird**
**Current PBGC Employee**

02/28/2007

**From:** hardrockp8@aol.com [mailto:hardrockp8@aol.com]
**Sent:** Tuesday, February 20, 2007 10:05 PM
**To:** Snowbarger Vince; Barber Stephen; Pilipovich Michele; starr.judith@pbgc.com
**Cc:** Baird Rhonda; Jeffers Dwayne; Hardrockp8@aol.com
**Subject:** Re: Harassement by a Federal Employee (Rhonda Baird)


PBGC Officials,

I write to inform you that the below e-mail from Ms. Baird is considered as unwelcomed by me. Ms. Baird appears to write with the belief that as a Union member she can personally assault me and others verbally in her e-mails. The issues contained in Ms. Baird's e-mails now and in the past are factually false and a rouge for union business. Ms. Baird is an attorney with PBGC and is using her profession to harass me in addition to her vindictive e-mails sent to me from PBGC using PBGC's resources.

The string of e-mails that led to Ms. Baird's below e-mail should be read to verify that I along with others have not provoked her to make her unwanted statements

Ms. Baird appears to have resentment for me bringing forth her associates Mr. Stuart Bernsen and Mrs. Valda Johnson for their inappropriate behaviors and actions. The bottom line is that Mr. Bernsen and Ms. Johnson were accused, tried, and convicted by NAGE and a Federal court of theft, deception, and other inappropriate irregularities as Union officials. PBGC is aware of a Federal District Court decision citing Mrs. Johnson and Mr. Bernsen for their actions stated above.

PBGC has made it known with its current directives and policies that individuals are not permitted to defame, belittle, or demean employees, contractors, and those who enter its building. PBGC has issued revised policies and directives to emphasize its zero policy for inappropriate actions of it employees and contractors who use of its electronic systems. PBGC officials, you are hereby placed on notice that Ms. Baird's behavior and actions are unwanted and must be curtailed immediately.

Please contact me if additional information is needed.

Robert T. Perry
Non Federal Employee


-----Original Message-----
From: Baird.Rhonda@pbgc.gov
To: Yamaoka.Craig@pbgc.gov; Jeffers.Dwayne@pbgc.gov; Hardrockp8@aol.com; Greenhill.Barry@pbgc.gov
Cc: Petta.Richard@pbgc.gov
Sent: Sun, 18 Feb 2007 3:58 PM
Subject: RE: Election committee

```
Craig, don't let Mr. Jeffers affect you in the fulfillment of your role.  His
allegations are just that-- allegations.  If you'r'e comfortable that reasonable
effort was made to impanel a committee, then the Board simply needs to give the
volunteers the power to do its job.  I know the difference between Dick's
incompetence, other Board members attempt to obfuscate and delude versus your
efforts.

I encourage you not to get caught up in the blight and stain that is the legacy
of the Overthrowers who worked to put Stuart and Valda out of office and then
either ran from PBGC (Weyand, Greene, Wolf), buckled under management pressure
to leave (Perry), or are afraid of what's next for them (Petta and Jeffers).
Just say no to the mischief of persons who you common sense warns  you to be
wary of....

Rhonda Baird
```

02/28/2007

```
From: Yamaoka Craig
Sent: Fri 2/16/2007 7:17 PM
To: Jeffers Dwayne; 'Robert Perry'; Greenhill Barry
Cc: Petta Richard; Baird Rhonda
Subject: RE: Election committee
```

Rhonda,

Do you have any suggestions that I should factor in? Thanks.

```
From:    Jeffers Dwayne
Sent:    Friday, February 16, 2007 12:21 PM
To:      Yamaoka Craig; 'Robert Perry'; Greenhill Barry; Jeffers Dwayne
Cc:      Petta Richard; Baird Rhonda
Subject:         RE: Election committee
```

I think that Ms. Baird's input should be solicited as she is claiming harm from Mr. Petta's actions.
Ann Davis is a new union member that I signed up about two weeks ago.
I believe that Ms. Baird may classify Dale Granata and Michael O'Connell as Mr. Petta's "cronies".

Thank you,
Dwayne Jeffers
Vice President at Large, NAGE Local R3-77

```
From:    Yamaoka Craig
Sent:    Friday, February 16, 2007 11:07 AM
To:      Jeffers Dwayne; 'Robert Perry'; Greenhill Barry
Cc:      Petta Richard
Subject:         RE: Election committee
```

Ok. I have no new volunteers. We could send out another email to union members or vote for the three below. Any suggestions?

```
From:    Jeffers Dwayne
Sent:    Tuesday, February 13, 2007 10:41 AM
To:      Yamaoka Craig; 'Robert Perry'; Greenhill Barry
Subject:         RE: Election committee
```

I would recommend leaving it open until 12:00pm on Thurs, Feb 15 to give the membership a chance to volunteer.

```
From:    Yamaoka Craig
Sent:    Monday, February 12, 2007 2:48 PM
To:      Jeffers Dwayne; 'Robert Perry'; Greenhill Barry
Subject:         Election committee
```

So far we have the following volunteers for the election committee. Unless there are objections, I would suggest we wait till Tues 12:00 pm and then vote for the three positions. Friday is a flex day for some, so I would like to give union members at least 1 1/2 days to decide.

02/28/2007

Dale Granada
Michael O'Connell
Ann Davis

---

**Check out the new AOL**. Most comprehensive set of free safety and security tools, free access to millions of high-quality videos from across the web, free AOL Mail and more.

02/28/2007

**Johnson Valda**

| | |
|---|---|
| **From:** | Bernsen Stuart |
| **Sent:** | Thursday, February 01, 2007 12:17 PM |
| **To:** | Baird Rhonda; Johnson Valda |
| **Subject:** | Stuart Bernsen meeting |

See below. In case you are wondering about how the EEO system works here now, see below. OGC is back in control.

| | |
|---|---|
| **From:** | Bernsen Stuart |
| **Sent:** | Thursday, February 01, 2007 12:14 PM |
| **To:** | Holder Stephanie |
| **Cc:** | Bledsoe Lori |
| **Subject:** | Stuart Bernsen meeting |

Ms. Holder –

    Thank you for taking the time to meet with me. I very much appreciate your providing me with the opportunity to express some ideas and concerns. It is wonderful to now have a complete EEO office here.

    I would be happy to share additional information with you, including about the case of the disabled employee for whom I am acting as a representative. Anything your office might be able to do to help resolve this matter, for example, would be tremendous. I was surprised, however, to learn that it is the General Counsel who has ultimate settlement authority for EEO cases, and not the EEO Director or the Executive Director.

Stuart Bernsen

**Johnson Valda**

**From:** Johnson Valda
**Sent:** Monday, February 12, 2007 5:21 PM
**To:** Campbell Bruce; Wicks Wendy; Hertz Philip
**Cc:** Petta Richard; Baird Rhonda; Bernsen Stuart; Jeffers Dwayne
**Subject:** RE: Mandatory Ethics Training for 2006

Mr. Campbell,

Thank you for the initial response. I don't know when I will have a chance to read all of the sites, but I will try to get to them as soon as possible. You see, we are down by about four actuaries and we can't seem to get a cert through HRD or so I am told. I look forward to your response on the other issues, because quite frankly, I was very much threatened and intimidated in seeing some of the same names on my Court complaint as those of attorneys sending out messages about Ethics. It is intimidating.

---

**From:** Campbell Bruce
**Sent:** Fri 2/9/2007 6:53 PM
**To:** Johnson Valda; Wicks Wendy; Hertz Philip
**Cc:** Petta Richard; Baird Rhonda; Bernsen Stuart; Jeffers Dwayne
**Subject:** RE: Mandatory Ethics Training for 2006

Valda,

You raised a number of issues. As an initial matter, you are correct that PBGC has authorized its employees to make some limited personal use of PBGC provided telephone service, office equipment, and IT resources. The on-line training was developed by the Office of Government Ethics (OGE) for use by all departments and agencies. It does not address PBGC's policy on personal use of agency resources other than to state:

> The Standards of Conduct do not permit a de minimis use of Government property for personal reasons, nor do they allow Government property to be used for "a good cause. . . . However, there are some agencies that have authorized their employees to make some limited personal use of certain Government equipment and facilities. . . . You should check with your ethics official to determine whether or not you have been authorized to make any limited personal use of Government property before engaging in such use.

PBGC's policy on personal use of PBGC telephones is available at:

http://intranet/DirPolDel/Policies/pol_telephone.pdf

Personal use of office equipment and information technology resources is covered by PBGC Directive IM 05-04 that is available at:

02/27/2007

http://intranet/DirPolDel/Directives/IM_05_4.pdf

You are also correct that provisions of the CBA may authorize use of PBGC resources and official time for certain representational activities.

I have to get back to next week on your more specific questions.

D. Bruce Campbell
Office of the General Counsel
Room 11507
Extension 3672

---

**From:** Johnson Valda
**Sent:** Friday, February 09, 2007 4:47 PM
**To:** Wicks Wendy; Hertz Philip; Campbell Bruce
**Cc:** Petta Richard; Baird Rhonda; Bernsen Stuart; Jeffers Dwayne
**Subject:** RE: Mandatory Ethics Training for 2006

I've completed the training on Misuse of Position. Wendy, I am coming to deliver documentation

Ethics Officials and others:

I have many questions. This e-mail is not intended to be confrontational at all. I am just concerned on the use of this training, etc. and how the agency's policy is administered in an unbiased way and in compliance and coordination with the cba, the EEO directive, the computer security training, and other directives that seemingly are unilaterally enforced. That is why I have included Union officials. Mr.. Hertz was at the negotiating table with us. So, he may be aware why I would have such concerns. I've included Union officials, past and present, for unbiased input.

1. First, the training made references to other laws to which I did not have immediate access or the opportunity to research. If I did research, I would have to use the internet to do so. This seems awkward, because I didn't know if such searching the net would be misconstrued as misuse of property. I was under the impression that de minimis personal use of the internet was permissible? Did that change? If so, when and was it negotiated?

2. The cba allows for use of governmental property for grievances and EEO matters. Has anything changed with that?

3. The cba negotiations discussed the deminimis use of governmental property - what use is authorized by the agency?
For example, you can receive personal calls as long as they don't go beyond an authorized break, correct? You can still call the car repair shops, the children's school, and the doctors' offices, correct? In other words, the training kept stating " as long as your agency has authorized this use." What counts - past practice or is there something new??

4. The rule, " Employees shall not engage in outside employment or activities, including seeking or negotiating for employment that conflicts with official Government duties and responsibilities" means precisely what? Certainly, you can look for outside employment, but under what conditions?

5. Employees should disclose waste, fraud, abuse, and corruption to appropriate authorities - I believe that PBGC has had issues with its interference with the EEO office and the Union for a long time - whether perceived or real. What recourse does the employee have in reporting the Office of General Counsel, top level officials, or HRD? The "No Fear Act" doesn't seem to work. When top officials don't adhere - then what is the recourse?

02/27/2007