UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA JOHNSON | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 1: 06CV00399 (EGS-JM) |
| v. | ) |
| | ) |
| ELAINE L. CHAO, et al., | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S "MOTION COURT TO POSTPONE STATUS HEARING"**

Defendants in the above-captioned case hereby consent to Plaintiff's "Motion to Court to Postpone Status Hearing."[1]

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338

---

[1] Plaintiff suggests June 17, 2007, as the next status hearing date, however, that date falls on a Sunday. Defendants suggest June 18, 2007, as an alternative date.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Response to Plaintiff's Motion to Court to Postpone Status Hearing, was served by first-class mail on this 12th day of March, 2007, upon:

Valda Johnson
3600 Tupelo Court
Woodbridge, VA 22192

_____
Karen L. Melnik D.C. Bar # 436452
Assistant United States Attorney
555 4th Street, N.W. Rm E4112
Washington, D.C. 20530
(202) 307-0338