UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA T. JOHNSON, ) | **RECEIVED** |
| ) | JUN 1 2 2007 |
| Plaintiff, ) | NANCY MAYER WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |
| v. ) | Civil Action No. 06-399 (EGS), (ESH), |
| ) | (JMF) |
| ELAINE CHAO, ) | |
| Secretary of Labor, et al., ) | |
| Defendants. ) | |

**NOTICE TO COURT THAT PLAINTIFF HAS BEEN INFORMED OF WHO PRO BONO ATTORNEY IS AND NOTICE TO COURT THAT NAGE NATIONAL HAS PETITIONED THE FLRA TO RESCIND ITS CERTIFICATION FOR LOCAL R3-77 AT PBGC**

Plaintiff received on May 25, 2007, the agreement to be signed for the pro bono attorney, as assigned by the Court. Plaintiff appreciates the Court's patience and assistance during this process. Plaintiff will be signing such agreement and wishes to notify the Court that she will not be available during the week of June 11, 2007, for mediation, as she will be on business travel. Plaintiff also wishes to inform the Court of NAGE National's decision to rescind its certification to represent the Local R3-77 at PBGC. This could impact the conditions under which plaintiff has sought relief and NAGE's lack of representation is involved here.

Respectfully Submitted,

_Valda J. Johnson_  June 11, 2007
Valda T. Johnson, Pro Se
3600 Tupelo Court
Woodbridge, Va. 22192; (703) 590 – 1137

-1-

I certify that a copy of the foregoing *Pro Se* Plaintiff Valda Johnson's Notice to the Court on Acknowledgement of Assignment of Pro Bono Attorney, schedule availability, and NAGE National's decision to rescind its certification was served by first class mail on June __11__, 2007, to

           Karen L. Melnik
           D.C. Bar No. 466452
           Assistant United States Attorney

                555 Fourth Street, N.W., E-4112
                Washington, D.C. 20530
                Tel. (202) 307-0338
                Fax (202) 514-8780

*/s/ Valda Johnson*
Valda T. Johnson, Pro Se
3600 Tupelo Court
Woodbridge, VA 22192

# Baird Rhonda

| | |
|---|---|
| From: | Baird Rhonda |
| Sent: | Tuesday, May 15, 2007 7:01 AM |
| To: | Snowbarger Vince; Barber Stephen; Pilipovich Michele |
| Cc: | Awkward-Marshall Mischelle; 'dholway@nage.org'; 'rbarry@nage.org'; 'glightfootwalker@nage.org'; 'spooler@nage.org'; 'spooler@mx1.nage.org'; Moreno Ruben; Silva Ricardo; Baird Rhonda; Baird Steven; Reed Wayne; Stroik Steve; Yamaoka Craig |
| Subject: | NAGE Decision to Rescind Representation of PBGC Bargaining Unit |
| Importance: | High |
| Attachments: | Notice of Rcsn of Cert.pdf |

Dear PBGC Officials:

This email is to notify you that NAGE has filed a petition to rescind the certification it filed with the Federal Labor Relations Authority ("FLRA") to become the exclusive representative of PBGC bargaining unit employees. Just in case you have not received a copy of NAGE's petition, I am attaching a copy of the letter they sent to bargaining unit employees. Late yesterday, I spoke to an official at the FLRA to gain some understanding of how this change would affect bargaining unit employees. The situation is so unusual that the official could not say with any certainty what and how long the process to rescind would take. In fact, the FLRA office that would process the petition had not yet received it. However what was clear from the conversation is the fact that the union will cease to exist in the near future and the CBA and the rights the Local fought so hard for will be extinguished.

With the resulting uncertainty created by NAGE's decision, a host of questions arise about the process of unwinding the Local's affairs and the how pending matters should be handled. I am copying NAGE on this message because they continue to have a fiduciary duty to all members of the bargaining unit until this process ends. The Local's Executive Committee is ready and willing to assist both PBGC and NAGE in what is likely to be a tumultuous period. Please let me know who your contact persons will be for handling this matter. IN the interim, the Local had scheduled training today in Training Room 6 from noon for its Executive Committee; I would now like to the use the room for an emergency meeting of the bargaining unit. Please let me know if I am authorized to do so and if I can send a simple message announcing the meeting.

At first I saw this as a major lose only for PBGC's bargaining unit employees. NOW, I realize that it is tragic all the way around. As a result of this decision, PBGC management has the sole responsibility to determine the rules that will apply to the bargaining unit-- whatever the outcome, good or bad, it all comes home to roost on PBGC's doorsteps. I strongly encourage you to maintain the CBA by adopting its provisions. Whatever management's ultimate decisions, in the short-term, please let me know how the Local's officials can assist in transitioning pending matters and who we can address questions and concerns to. Thank you for your response to this email.

Rhonda Baird
President
NAGE Local R3-77


cc: Bargaining Unit

## Baird Rhonda

| | |
|---|---|
| **From:** | Baird Rhonda |
| **Sent:** | Tuesday, May 15, 2007 8:50 AM |
| **To:** | 'dholway@nage.org' |
| **Cc:** | 'rbarry@nage.org'; 'glightfootwalker@nage.org'; 'spooler@nage.org'; Baird Rhonda; Baird Steven; Reed Wayne; Stroik Steve; Yamaoka Craig; Anderson Richard; Awkward-Marshall Mischelle; Bernsen Stuart; Blair Kim; Granata Dale; MacDonald Karen; Mitchell Ric; Petta Richard; Shore Steven |
| **Subject:** | NAGE's Decision to no Longer Represent Employees at PBGC |
| **Importance:** | High |

Dear President Holway:

I, like the other members of the bargaining unit, received your letter dated May 11 notifying us of your decision to no longer represent bargaining unit employees at PBGC. As you would expect, this has unleashed a torrent of questions and concerns in the bargaining unit about what your decision means. PBGC has agreed to allow a 45 minute meeting of the bargaining unit today, and I would like to give the attendees as many answers as possible. Unfortunately, even the FLRA did not have much substantive answers for me.

Since you must have researched this action prior to making the decision, please help the Local by answering the following questions:

1. Can you explain how the process of rescinding representation works?

2. Do you have guidance for the Local leadership on how our fiduciary responsibilities to members should be managed during this period?

3. What is our status under NAGE's Constitution and Bylaws?

4. When is the decision likely to be effective?

5. How is the CBA impacted during this period?

6. When will you stop withholding dues?

7. What happens to the funds in the Local's account?

8. What happens to pending disciplinary and other grievances and arbitrations?

9. When, where and how do we turn over the union records, which belong to NAGE National?

10. Will you complete an accounting of the records to ensure any applicable federal retention rules and privacy laws are complied with?

11. What assistance do you anticipate needing from Local officials during this period?

Of course these are only preliminary questions. As we have more, we will forward them to you. I hope to get some of these answers in time for the meeting at noon today. Thank you for any help you can give to protect the rights and interests of bargaining unit members during this period.

Rhonda Baird
President
NAGE Local R3-77

5/15/2007

cc: PBGC Bargaining Unit Employees

5/15/2007

**Johnson Valda**
| | |
|---|---|
| **From:** | Snowbarger Vince |
| **Sent:** | Tuesday, May 15, 2007 11:56 AM |
| **To:** | PBGC Federal |
| **Subject:** | NAGE Petition |

We have received notice that the National Association of Government Employees (NAGE) has filed a petition with the Federal Labor Relations Authority (FLRA) seeking to rescind its certification as representative of the bargaining unit at PBGC. Until FLRA makes its decision, NAGE remains the exclusive representative of the PBGC bargaining unit.

Management at PBGC intends to follow a "business as usual" approach. If the decision of the FLRA indicates a change going forward, I want to assure you that management will do everything possible to make this transition as transparent and straightforward as possible. There is no intention to make dramatic changes in workplace rules and procedures. Employees retain all statutory protections. In addition, the Corporation's internal polices already contain many of the protections contained in the CBA.

Let's work together to maintain a professional and cordial workplace.


Vince Snowbarger
Interim Director
**PENSION BENEFIT GUARANTY CORPORATION**
1200 K Street NW
Washington, DC  2005-4026
Phone     (202) 326-4010
Facsimile  (202) 326-4016

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA T. JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ELAINE CHAO, )<br>Secretary of Labor, et al., )<br>Defendants. )<br>_____ ) | Civil Action No. 06-399 (EGS), (ESH),<br>(JMF) |

## NOTICE TO COURT THAT PLAINTIFF HAS BEEN INFORMED OF WHO PRO BONO ATTORNEY IS AND NOTICE TO COURT THAT NAGE NATIONAL HAS PETITIONED THE FLRA TO RESCIND ITS CERTIFICATION FOR LOCAL R3-77 AT PBGC

Plaintiff received on May 25, 2007, the agreement to be signed for the pro bono attorney, as assigned by the Court. Plaintiff appreciates the Court's patience and assistance during this process. Plaintiff will be signing such agreement and wishes to notify the Court that she will not be available during the week of June 11, 2007, for mediation, as she will be on business travel. Plaintiff also wishes to inform the Court of NAGE National's decision to rescind its certification to represent the Local R3-77 at PBGC. This could impact the conditions under which plaintiff has sought relief and NAGE's lack of representation is involved here.

Respectfully Submitted,

_Valda T. Johnson_  June 11, 2007
Valda T. Johnson, Pro Se
3600 Tupelo Court
Woodbridge, Va. 22192; (703) 590 – 1137

I certify that a copy of the foregoing *Pro Se* Plaintiff Valda Johnson's Notice to the Court on Acknowledgement of Assignment of Pro Bono Attorney, schedule availability, and NAGE National's decision to rescind its certification was served by first class mail on June _11_, 2007, to

        Karen L. Melnik
        D.C. Bar No. 466452
        Assistant United States Attorney

            555 Fourth Street, N.W., E-4112
            Washington, D.C. 20530
            Tel. (202) 307-0338
            Fax (202) 514-8780

*/s/ Valda T. Johnson/*
Valda T. Johnson, Pro Se
3600 Tupelo Court
Woodbridge, VA 22192

## Baird Rhonda

| | |
|---|---|
| From: | Baird Rhonda |
| Sent: | Tuesday, May 15, 2007 7:01 AM |
| To: | Snowbarger Vince; Barber Stephen; Pilipovich Michele |
| Cc: | Awkward-Marshall Mischelle; 'dholway@nage.org'; 'rbarry@nage.org'; 'glightfootwalker@nage.org'; 'spooler@nage.org'; 'spooler@mx1.nage.org'; Moreno Ruben; Silva Ricardo; Baird Rhonda; Baird Steven; Reed Wayne; Stroik Steve; Yamaoka Craig |
| Subject: | NAGE Decision to Rescind Representation of PBGC Bargaining Unit |
| Importance: | High |
| Attachments: | Notice of Rcsn of Cert.pdf |

Dear PBGC Officials:

This email is to notify you that NAGE has filed a petition to rescind the certification it filed with the Federal Labor Relations Authority ("FLRA") to become the exclusive representative of PBGC bargaining unit employees. Just in case you have not received a copy of NAGE's petition, I am attaching a copy of the letter they sent to bargaining unit employees. Late yesterday, I spoke to an official at the FLRA to gain some understanding of how this change would affect bargaining unit employees. The situation is so unusual that the official could not say with any certainty what and how long the process to rescind would take. In fact, the FLRA office that would process the petition had not yet received it. However what was clear from the conversation is the fact that the union will cease to exist in the near future and the CBA and the rights the Local fought so hard for will be extinguished.

With the resulting uncertainty created by NAGE's decision, a host of questions arise about the process of unwinding the Local's affairs and the how pending matters should be handled. I am copying NAGE on this message because they continue to have a fiduciary duty to all members of the bargaining unit until this process ends. The Local's Executive Committee is ready and willing to assist both PBGC and NAGE in what is likely to be a tumultuous period. Please let me know who your contact persons will be for handling this matter. IN the interim, the Local had scheduled training today in Training Room 6 from noon for its Executive Committee; I would now like to the use the room for an emergency meeting of the bargaining unit. Please let me know if I am authorized to do so and if I can send a simple message announcing the meeting.

At first I saw this as a major lose only for PBGC's bargaining unit employees. NOW, I realize that it is tragic all the way around. As a result of this decision, PBGC management has the sole responsibility to determine the rules that will apply to the bargaining unit-- whatever the outcome, good or bad, it all comes home to roost on PBGC's doorsteps. I strongly encourage you to maintain the CBA by adopting its provisions. Whatever management's ultimate decisions, in the short-term, please let me know how the Local's officials can assist in transitioning pending matters and who we can address questions and concerns to. Thank you for your response to this email.

Rhonda Baird
President
NAGE Local R3-77


cc: Bargaining Unit

5/15/2007

# Baird Rhonda

| | |
|---|---|
| From: | Baird Rhonda |
| Sent: | Tuesday, May 15, 2007 8:50 AM |
| To: | 'dholway@nage.org' |
| Cc: | 'rbarry@nage.org'; 'glightfootwalker@nage.org'; 'spooler@nage.org'; Baird Rhonda; Baird Steven; Reed Wayne; Stroik Steve; Yamaoka Craig; Anderson Richard; Awkward-Marshall Mischelle; Bernsen Stuart; Blair Kim; Granata Dale; MacDonald Karen; Mitchell Ric; Petta Richard; Shore Steven |
| Subject: | NAGE's Decision to no Longer Represent Employees at PBGC |
| Importance: | High |

Dear President Holway:

I, like the other members of the bargaining unit, received your letter dated May 11 notifying us of your decision to no longer represent bargaining unit employees at PBGC. As you would expect, this has unleashed a torrent of questions and concerns in the bargaining unit about what your decision means. PBGC has agreed to allow a 45 minute meeting of the bargaining unit today, and I would like to give the attendees as many answers as possible. Unfortunately, even the FLRA did not have much substantive answers for me.

Since you must have researched this action prior to making the decision, please help the Local by answering the following questions:

1. Can you explain how the process of rescinding representation works?

2. Do you have guidance for the Local leadership on how our fiduciary responsibilities to members should be managed during this period?

3. What is our status under NAGE's Constitution and Bylaws?

4. When is the decision likely to be effective?

5. How is the CBA impacted during this period?

6. When will you stop withholding dues?

7. What happens to the funds in the Local's account?

8. What happens to pending disciplinary and other grievances and arbitrations?

9. When, where and how do we turn over the union records, which belong to NAGE National?

10. Will you complete an accounting of the records to ensure any applicable federal retention rules and privacy laws are complied with?

11. What assistance do you anticipate needing from Local officials during this period?

Of course these are only preliminary questions. As we have more, we will forward them to you. I hope to get some of these answers in time for the meeting at noon today. Thank you for any help you can give to protect the rights and interests of bargaining unit members during this period.

Rhonda Baird
President
NAGE Local R3-77

**Johnson Valda**

| | |
|---|---|
| **From:** | Snowbarger Vince |
| **Sent:** | Tuesday, May 15, 2007 11:56 AM |
| **To:** | PBGC Federal |
| **Subject:** | NAGE Petition |

We have received notice that the National Association of Government Employees (NAGE) has filed a petition with the Federal Labor Relations Authority (FLRA) seeking to rescind its certification as representative of the bargaining unit at PBGC. Until FLRA makes its decision, NAGE remains the exclusive representative of the PBGC bargaining unit.

Management at PBGC intends to follow a "business as usual" approach. If the decision of the FLRA indicates a change going forward, I want to assure you that management will do everything possible to make this transition as transparent and straightforward as possible. There is no intention to make dramatic changes in workplace rules and procedures. Employees retain all statutory protections. In addition, the Corporation's internal polices already contain many of the protections contained in the CBA.

Let's work together to maintain a professional and cordial workplace.


Vince Snowbarger
Interim Director
**PENSION BENEFIT GUARANTY CORPORATION**
1200 K Street NW
Washington, DC  2005-4026
Phone     (202) 326-4010
Facsimile  (202) 326-4016