UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VALDA JOHNSON )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ELAINE L. CHAO, et al., )<br>)<br>Defendants. )<br>) | Case No.: 06-0399 (EGS/JM) |

NOTICE OF APPEARANCE

Please enter the appearance of DAVID L. GUNN and the law firm of DICKSTEIN SHAPIRO LLP, as counsel for the Plaintiff, VALDA T. JOHNSON, for the limited purpose of representing Plaintiff during the mediation proceedings in the above-styled matter.

Respectfully submitted,

DICKSTEIN SHAPIRO LLP

DAVID L. GUNN
Attorney for Plaintiff
Dickstein Shapiro LLP
1825 Eye St, NW
Washington DC 20001
202-420-2709

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of July 2007, a copy of the foregoing Notice of Appearance was mailed first class, postage pre-paid, to the U.S. Attorney's Office, 555 4th Street, NW, Room E4112, Washington DC 20530.

David L. Gunn

DSMDB-2284286v01