UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA JOHNSON ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 06-0399 (EGS) |
| ) | |
| v. ) | |
| ) | |
| ELAINE L. CHAO, Secretary of Labor, And ) | |
| BRADLEY D. BELT, Executive Director, Pension ) | |
| Benefit Guaranty Corporation ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo and remove the appearance of Assistant United States Attorney Karen L. Melnik as counsel for Defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　(202) 514-7157
　　　　　　　　　　　　　　　　　　　kenneth.adebonojo@usdoj.gov