UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VALDA T. JOHNSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 06-399 (EGS), (JMF) |
| ELAINE CHAO, Secretary of Labor, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT'S CONSENT MOTION TO POSTPONE STATUS HEARING AS MEDIATION CONTINUES**

1. This matter is scheduled for a Status Conference today.

2. The parties appeared before Judge Facciola for mediation and were scheduled to appear again last week. However, the parties were unable to appear last week because Plaintiff's counsel suddenly took ill.

3. The parties are scheduled to appear before Judge Facciola on October 29, 2007 at 10 a.m.

4. The parties seek an adjournment of today's status conference until after mediation scheduled before Judge Facciola as stated in the above paragraph.

5. Pursuant to Local Civil Rule 7(m), Defendant has conferred with Plaintiff who consents to this request.

Dated: September 6, 2007

        Respectfully submitted,

        /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

        /s/
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

        /s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA T. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-399 (EGS), |
| | ) (JMF) |
| ELAINE CHAO, Secretary of Labor, et al., | ) |
| Defendants. | ) |

## ORDER

This matter having come before this Court on Defendant's Consent Motion to Postpone the Status Conference, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**.

**SO ORDERED** this ____ day of _____, 200__.

_____
EMMET G. SULLIVAN, U.S.D.J.