UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VALDA T. JOHNSON, | ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) ) | Civil Action No. 06-399 (EGS), (JMF) |
| ELAINE CHAO, Secretary of Labor, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO COURT TO POSTPONE STATUS HEARING AS MEDIATION CONTINUES

Plaintiff motions to the Court to have status hearing for September 6, 2007, postponed while mediation continues. Counsel for plaintiff became ill for session previously scheduled. See attachment. Mediation is scheduled to continue as the Honorable Judge Facciola's schedule allows in late October.

Respectfully Submitted,

*Valda Johnson* 9/4/07

Valda T. Johnson, Pro Se
3600 Tupelo Court
Woodbridge, Va. 22192; (703) 590 – 1137

RECEIVED
SEP - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

I certify that a copy of the foregoing *Pro Se* Plaintiff Valda Johnson's Motion to Postpone Status Hearing was served by e-mail on ~~August~~ Sept. 4, 2007, to

*[signature]*

        Kenneth Adebonojo
        Assistant United States Attorney
            555 Fourth Street, N.W., E-4112
            Washington, D.C.  20530
            Tel. (202) 307-0338
            Fax (202) 514-8780

Valda T. Johnson, Pro Se
3600 Tupelo Court
Woodbridge, VA 22192