## Johnson Valda

**From:** Williams Steve
**Sent:** Thursday, August 30, 2007 11:40 AM
**To:** Gunn, David; Johnson Valda; Adebonojo, Kenneth (USADC); Valda Johnson
**Subject:** RE: Mediation Session for ValdaT. Johnson

Thanks for your efforts. David, I hope you are feeling well.

---

**From:** Gunn, David [mailto:GunnD@dicksteinshapiro.com]
**Sent:** Thursday, August 30, 2007 11:22 AM
**To:** Johnson Valda; Adebonojo, Kenneth (USADC); Valda Johnson; Williams Steve
**Subject:** RE: Mediation Session for ValdaT. Johnson

Great. 10/29 seems to work for everyone. Thanks.


**David L. Gunn**
Associate
Dickstein Shapiro LLP
1825 Eye Street, NW | Washington, DC 20006
Tel (202) 420-2709 | Fax (202) 420-2201
gunnd@dicksteinshapiro.com

---

**From:** Johnson Valda [mailto:Johnson.Valda@pbgc.gov]
**Sent:** Thursday, August 30, 2007 11:03 AM
**To:** Gunn, David; Adebonojo, Kenneth (USADC); Valda Johnson; Williams Steve
**Subject:** RE: Mediation Session for ValdaT. Johnson

We have 10:00 a.m. on the 29th of October. The judge is out of the country thereafter. I just remind you all that you stated that all was good for you on Tuesday. So, shall we get an alternate date.

---

**From:** Gunn, David [mailto:GunnD@dicksteinshapiro.com]
**Sent:** Thursday, August 30, 2007 9:44 AM
**To:** Johnson Valda; Adebonojo, Kenneth (USADC); Valda Johnson; Williams Steve
**Subject:** RE: Mediation Session for ValdaT. Johnson

Ok, then it looks like the week of 10/29 it is. I'll call the clerk and attempt to get an afternoon time


**David L. Gunn**
Associate
Dickstein Shapiro LLP
1825 Eye Street, NW | Washington, DC 20006
Tel (202) 420-2709 | Fax (202) 420-2201
gunnd@dicksteinshapiro.com

08/30/2007

**From:** Johnson Valda [mailto:Johnson.Valda@pbgc.gov]
**Sent:** Thursday, August 30, 2007 9:42 AM
**To:** Gunn, David; Adebonojo, Kenneth (USADC); Valda Johnson; Williams Steve
**Subject:** RE: Mediation Session for ValdaT. Johnson

The week of the 15th works for me or the week of the 29th.

---

**From:** Gunn, David [mailto:GunnD@dicksteinshapiro.com]
**Sent:** Thursday, August 30, 2007 9:28 AM
**To:** Adebonojo, Kenneth (USADC); Valda Johnson; Williams Steve; Johnson Valda
**Subject:** RE: Mediation Session for ValdaT. Johnson

The week of 10/8 works for me.


**David L. Gunn**
Associate
Dickstein Shapiro LLP
1825 Eye Street, NW | Washington, DC 20006
Tel (202) 420-2709 | Fax (202) 420-2201
gunnd@dicksteinshapiro.com


---

**From:** Adebonojo, Kenneth (USADC) [mailto:Kenneth.Adebonojo@usdoj.gov]
**Sent:** Thursday, August 30, 2007 8:25 AM
**To:** Valda Johnson; Gunn, David; Williams.Steve@pbgc.gov; Johnson.Valda@pbgc.gov
**Subject:** RE: Mediation Session for ValdaT. Johnson

If we can't do it the week of 10/8, I'd have to say the week of 10/29.


Thanks!

Kenneth Adebonojo
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202)514-7157
Facsimile: (202)514-8780
kenneth.adebonojo@usdoj.gov

Privileged and Confidential

---

**From:** Valda Johnson [mailto:valdajohnson@msn.com]

08/30/2007

**Sent:** Thursday, August 30, 2007 1:58 AM
**To:** Adebonojo, Kenneth (USADC); GunnD@dicksteinshapiro.com; Williams.Steve@pbgc.gov; Johnson.Valda@pbgc.gov
**Subject:** RE: Mediation Session for ValdaT. Johnson

Mr. Adebonojo,

Is there a date that is most convenient for you?

---

From: "Adebonojo, Kenneth (USADC)" <Kenneth.Adebonojo@usdoj.gov>
To: "Gunn, David" <GunnD@dicksteinshapiro.com>, "Williams Steve" <Williams.Steve@pbgc.gov>, "Johnson Valda" <Johnson.Valda@pbgc.gov>
CC: <valdajohnson@msn.com>
Subject: *RE: Mediation Session for ValdaT. Johnson*
Date: *Wed, 29 Aug 2007 18:01:45 -0400*

What date do you plan to advise the court?

Thanks!

Kenneth Adebonojo
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202)514-7157
Facsimile: (202)514-8780
kenneth.adebonojo@usdoj.gov

Privileged and Confidential

---

**From:** Gunn, David [mailto:GunnD@dicksteinshapiro.com]
**Sent:** Tuesday, August 28, 2007 12:51 PM
**To:** Williams Steve; Johnson Valda; Adebonojo, Kenneth (USADC)
**Cc:** valdajohnson@msn.com
**Subject:** RE: Mediation Session for ValdaT. Johnson

all good for me as well

**David L. Gunn**
Associate
Dickstein Shapiro LLP
1825 Eye Street, NW | Washington, DC 20006
Tel (202) 420-2709 | Fax (202) 420-2201
gunnd@dicksteinshapiro.com

---

**From:** Williams Steve [mailto:Williams.Steve@pbgc.gov]
**Sent:** Tuesday, August 28, 2007 12:49 PM
**To:** Johnson Valda; Gunn, David; Adebonojo, Kenneth (USADC)

08/30/2007

**Cc:** valdajohnson@msn.com
**Subject:** RE: Mediation Session for ValdaT. Johnson

Okay with me.

---

**From:** Johnson Valda
**Sent:** Tuesday, August 28, 2007 12:47 PM
**To:** 'Gunn, David'; Williams Steve; Adebonojo, Kenneth (USADC)
**Cc:** 'valdajohnson@msn.com'
**Subject:** RE: Mediation Session for ValdaT. Johnson

Okay. Let's go for later in October to be comfortable.

Anytime the 9th, 10th, or the 11th - 10:00 a.m. or 2:00 p.m.

Anytime the week of the 15th and

or the afternoon of the 12th.

---

**From:** Gunn, David [mailto:GunnD@dicksteinshapiro.com]
**Sent:** Tuesday, August 28, 2007 12:42 PM
**To:** Johnson Valda; Williams Steve; Adebonojo, Kenneth (USADC)
**Subject:** RE: Mediation Session for ValdaT. Johnson

Late afternoon in Sept is fine by me, except for the last week of September. The clerk noted that if we choose the 3:30 time slot we may have a long wait for the judge. Just depends on his schedule.


**David L. Gunn**
Associate
Dickstein Shapiro LLP
1825 Eye Street, NW | Washington, DC 20006
Tel (202) 420-2709 | Fax (202) 420-2201
gunnd@dicksteinshapiro.com

---

**From:** Johnson Valda [mailto:Johnson.Valda@pbgc.gov]
**Sent:** Tuesday, August 28, 2007 12:38 PM
**To:** Williams Steve; Gunn, David; Adebonojo, Kenneth (USADC)
**Subject:** RE: Mediation Session for ValdaT. Johnson

I will put in motion to postpone status hearing. Clerk also offered September dates in the late afternoon at 3:30. Should we ask for dates after October 5 or in September?

---

**From:** Williams Steve
**Sent:** Tuesday, August 28, 2007 12:36 PM
**To:** Gunn, David; Adebonojo, Kenneth (USADC)
**Cc:** Johnson Valda
**Subject:** RE: Mediation Session for ValdaT. Johnson

08/30/2007

I am scheduled for training the first week in October (1st thru 5th), but am available the rest of the month.

---

**From:** Gunn, David [mailto:GunnD@dicksteinshapiro.com]
**Sent:** Tuesday, August 28, 2007 12:30 PM
**To:** Williams Steve; Adebonojo, Kenneth (USADC)
**Subject:** RE: Mediation Session for ValdaT. Johnson

Thanks. The judge is pretty much booked until October. Clerk suggested October 3 in the afternoon. Please let me know what you think. I'll need to confirm with Ms. Johnson before we set that date, however.

**David L. Gunn**
Associate
Dickstein Shapiro LLP
1825 Eye Street, NW | Washington, DC 20006
Tel (202) 420-2709 | Fax (202) 420-2201
gunnd@dicksteinshapiro.com

---

**From:** Williams Steve [mailto:Williams.Steve@pbgc.gov]
**Sent:** Tuesday, August 28, 2007 12:24 PM
**To:** Adebonojo, Kenneth (USADC); Gunn, David
**Subject:** RE: Mediation Session for ValdaT. Johnson

No problem. September is open except for the 19th.

---

**From:** Adebonojo, Kenneth (USADC) [mailto:Kenneth.Adebonojo@usdoj.gov]
**Sent:** Tuesday, August 28, 2007 12:13 PM
**To:** Gunn, David
**Cc:** Williams Steve
**Subject:** RE: Mediation Session for ValdaT. Johnson

Sorry to hear that.... You have my consent to reschedule for after Sept. 17. Steve?

Thanks!

Kenneth Adebonojo
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202)514-7157
Facsimile: (202)514-8780
kenneth.adebonojo@usdoj.gov

Privileged and Confidential

08/30/2007

**From:** Gunn, David [mailto:GunnD@dicksteinshapiro.com]
**Sent:** Tuesday, August 28, 2007 12:12 PM
**To:** Adebonojo, Kenneth (USADC)
**Cc:** williams.steve@pbgc.gov
**Subject:** RE: Mediation Session for ValdaT. Johnson

Dear Kenneth and Stephen,

We have a 2PM conference with Judge Facciola today. I am completely under the weather, perhaps due to food poisoning and just can't make it to the conference this afternoon. I need to go home. Can we please see about re-scheduling?


**David L. Gunn**
Associate
Dickstein Shapiro LLP
1825 Eye Street, NW | Washington, DC 20006
Tel (202) 420-2709 | Fax (202) 420-2201
gunnd@dicksteinshapiro.com

---

**From:** Adebonojo, Kenneth (USADC) [mailto:Kenneth.Adebonojo@usdoj.gov]
**Sent:** Monday, July 09, 2007 2:45 PM
**To:** Gunn, David
**Subject:** RE: Mediation Session for ValdaT. Johnson

Got it!

Thanks!


Kenneth Adebonojo
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202)514-7157
Facsimile: (202)514-8780
kenneth.adebonojo@usdoj.gov

---

**From:** Gunn, David [mailto:GunnD@dicksteinshapiro.com]
**Sent:** Monday, July 09, 2007 1:14 PM
**To:** Adebonojo, Kenneth (USADC)
**Cc:** Kadzik, Peter; Magill, Shannon
**Subject:** RE: Mediation Session for ValdaT. Johnson

Kenneth,

Judge Facciola was indeed available on July 30 at 2PM, and we are set for that date.

08/30/2007

Best regards,

**David L. Gunn**
Associate
Dickstein Shapiro LLP
1825 Eye Street, NW | Washington, DC 20006
Tel (202) 420-2709 | Fax (202) 420-2201
gunnd@dicksteinshapiro.com

---------------------------------------------------------------
This e-mail message and any attached files are confidential
and are intended solely for the use of the addressee(s)
named above. This communication may contain material
protected by attorney-client, work product, or other
privileges. If you are not the intended recipient or person
responsible for delivering this confidential communication
to the intended recipient, you have received this
communication in error, and any review, use, dissemination,
forwarding, printing, copying, or other distribution of
this e-mail message and any attached files is strictly
prohibited. Dickstein Shapiro reserves the right to monitor
any communication that is created, received, or sent on its
network.  If you have received this confidential
communication in error, please notify the sender
immediately by reply e-mail message and permanently delete
the original message.

To reply to our email administrator directly, send an email
to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
http://www.DicksteinShapiro.com

========================================================================
---------------------------------------------------------------
This e-mail
message and any attached files are confidential
and are intended solely for the use of the addressee(s)
named above. This communication may contain material
protected by attorney-client, work product, or other
privileges. If you are not the intended recipient or person
responsible for delivering this confidential communication
to the intended recipient, you have received this
communication in error, and any review, use, dissemination,
forwarding, printing, copying, or other distribution of
this e-mail message and any attached files is strictly
prohibited. Dickstein Shapiro reserves the right to monitor
any communication that is created, received, or sent on its
network.  If you have received this confidential
communication in error, please notify the sender
immediately by reply e-mail message and permanently delete
the original message.

To reply to our email administrator directly, send an email

08/30/2007

to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
http://www.DicksteinShapiro.com

==============================================================================
--------------------------------------------------------------
This e-mail message and any attached files are confidential
and are intended solely for the use of the addressee(s)
named above. This communication may contain material
protected by attorney-client, work product, or other
privileges. If you are not the intended recipient or person
responsible for delivering this confidential communication
to the intended recipient, you have received this
communication in error, and any review, use, dissemination,
forwarding,
printing, copying, or other distribution of
this e-mail message and any attached files is strictly
prohibited. Dickstein Shapiro reserves the right to monitor
any communication that is created, received, or sent on its
network.  If you have received this confidential
communication in error, please notify the sender
immediately by reply e-mail message and permanently
delete
the original message.

To reply to our email administrator directly, send an email
to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
http://www.DicksteinShapiro.com

==============================================================================
--------------------------------------------------------------
This e-mail message and any attached files are confidential
and are intended solely for the use of the addressee(s)
named above. This communication may contain material
protected by attorney-client, work product, or other
privileges. If you are not the intended recipient or person
responsible for delivering this confidential communication
to the intended recipient, you have received this
communication in error, and any review, use, dissemination,
forwarding, printing, copying, or other distribution of
this e-mail message and any attached files is strictly
prohibited. Dickstein Shapiro reserves the right to monitor
any communication that is created, received, or sent on its
network.  If you have received this confidential
communication in error, please notify the sender
immediately by reply e-mail message and permanently delete
the original message.

To reply to our email administrator directly, send an email
to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
http://www.DicksteinShapiro.com

==============================================================================
--------------------------------------------------------------
This e-mail message and any attached files are confidential

08/30/2007

and are intended solely for the use of the addressee(s)
named above. This communication may contain material
protected by attorney-client, work product, or other
privileges. If you are not the intended recipient or person
responsible for delivering this confidential communication
to the intended recipient, you have received this
communication in error, and any review, use, dissemination,
forwarding, printing, copying, or other distribution of
this e-mail message and any attached files is strictly
prohibited. Dickstein Shapiro reserves the right to monitor
any communication that is created, received, or sent on its
network.  If you have received this confidential
communication in error, please notify the sender
immediately by reply e-mail message and permanently delete
the original message.

To reply to our email administrator directly, send an email
to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
http://www.DicksteinShapiro.com

==========================================================================

Booking a flight? Know when to buy with airfare predictions on MSN Travel.
------------------------------------------------------------
This e-mail message and any attached files are confidential
and are intended solely for the use of the addressee(s)
named above. This communication may contain material
protected by attorney-client, work product, or other
privileges. If you are not the intended recipient or person
responsible for delivering this confidential communication
to the intended recipient, you have received this
communication in error, and any review, use, dissemination,
forwarding, printing, copying, or other distribution of
this e-mail message and any attached files is strictly
prohibited. Dickstein Shapiro reserves the right to monitor
any communication that is created, received, or sent on its
network.  If you have received this confidential
communication in error, please notify the sender
immediately by reply e-mail message and permanently delete
the original message.

To reply to our email administrator directly, send an email
to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
http://www.DicksteinShapiro.com

==========================================================================
------------------------------------------------------------
This e-mail message and any attached files are confidential
and are intended solely for the use of the addressee(s)
named above. This communication may contain material
protected by attorney-client, work product, or other
privileges. If you are not the intended recipient or person
responsible for delivering this confidential communication

08/30/2007

to the intended recipient, you have received this
communication in error, and any review, use, dissemination,
forwarding, printing, copying, or other distribution of
this e-mail message and any attached files is strictly
prohibited. Dickstein Shapiro reserves the right to monitor
any communication that is created, received, or sent on its
network.  If you have received this confidential
communication in error, please notify the sender
immediately by reply e-mail message and permanently delete
the original message.

To reply to our email administrator directly, send an email
to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
http://www.DicksteinShapiro.com


===========================================================================
-----------------------------------------------------------
This e-mail message and any attached files are confidential
and are intended solely for the use of the addressee(s)
named above. This communication may contain material
protected by attorney-client, work product, or other
privileges. If you are not the intended recipient or person
responsible for delivering this confidential communication
to the intended recipient, you have received this
communication in error, and any review, use, dissemination,
forwarding, printing, copying, or other distribution of
this e-mail message and any attached files is strictly
prohibited. Dickstein Shapiro reserves the right to monitor
any communication that is created, received, or sent on its
network.  If you have received this confidential
communication in error, please notify the sender
immediately by reply e-mail message and permanently delete
the original message.

To reply to our email administrator directly, send an email
to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
http://www.DicksteinShapiro.com

===========================================================================

08/30/2007

# Johnson Valda

**From:** Johnson Valda
**Sent:** Thursday, August 30, 2007 11:19 AM
**To:** 'Adebonojo, Kenneth (USADC)'; Williams Steve; Gunn, David
**Cc:** valdajohnson@msn.com
**Subject:** RE: Mediation Session for ValdaT. Johnson

Though your messages state Privilege and Confidential, nothing confidential has been discussed here and this will used as an attachment to my motion to show Honorable Judge our efforts to set this date. Thank you for your time.

---

**From:** Adebonojo, Kenneth (USADC) [mailto:Kenneth.Adebonojo@usdoj.gov]
**Sent:** Thursday, August 30, 2007 11:18 AM
**To:** Johnson Valda; Williams Steve; Gunn, David
**Cc:** valdajohnson@msn.com
**Subject:** RE: Mediation Session for ValdaT. Johnson

Exactly, 10/15 wont work for me.... Anyway, looks like it's on the Judge's calendar 10/29 already.


Thanks!

Kenneth Adebonojo
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202)514-7157
Facsimile: (202)514-8780
kenneth.adebonojo@usdoj.gov


Privileged and Confidential

---

**From:** Johnson Valda [mailto:Johnson.Valda@pbgc.gov]
**Sent:** Thursday, August 30, 2007 11:07 AM
**To:** Adebonojo, Kenneth (USADC); Williams Steve; Gunn, David
**Cc:** valdajohnson@msn.com
**Subject:** RE: Mediation Session for ValdaT. Johnson

Mr. Adebonojo,
    See your response below. Is the week of the 15th no longer good for you?

---

**From:** Adebonojo, Kenneth (USADC) [mailto:Kenneth.Adebonojo@usdoj.gov]
**Sent:** Tuesday, August 28, 2007 1:49 PM
**To:** Williams Steve; Johnson Valda; Gunn, David
**Cc:** valdajohnson@msn.com
**Subject:** RE: Mediation Session for ValdaT. Johnson

08/30/2007

Me also...

Thanks!

Kenneth Adebonojo
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202)514-7157
Facsimile: (202)514-8780
kenneth.adebonojo@usdoj.gov

Privileged and Confidential

---

**From:** Williams Steve [mailto:Williams.Steve@pbgc.gov]
**Sent:** Tuesday, August 28, 2007 12:49 PM
**To:** Johnson Valda; Gunn, David; Adebonojo, Kenneth (USADC)
**Cc:** valdajohnson@msn.com
**Subject:** RE: Mediation Session for ValdaT. Johnson

Okay with me.

---

**From:** Johnson Valda
**Sent:** Tuesday, August 28, 2007 12:47 PM
**To:** 'Gunn, David'; Williams Steve; Adebonojo, Kenneth (USADC)
**Cc:** 'valdajohnson@msn.com'
**Subject:** RE: Mediation Session for ValdaT. Johnson

Okay. Let's go for later in October to be comfortable.

Anytime the 9th, 10th, or the 11th - 10:00 a.m. or 2:00 p.m.

Anytime the week of the 15th and

or the afternoon of the 12th.

---

**From:** Gunn, David [mailto:GunnD@dicksteinshapiro.com]
**Sent:** Tuesday, August 28, 2007 12:42 PM
**To:** Johnson Valda; Williams Steve; Adebonojo, Kenneth (USADC)
**Subject:** RE: Mediation Session for ValdaT. Johnson

Late afternoon in Sept is fine by me, except for the last week of September. The clerk noted that if we choose the 3:30 time slot we may have a long wait for the judge. Just depends on his schedule.

**David L. Gunn**
Associate

08/30/2007

Dickstein Shapiro LLP
1825 Eye Street, NW | Washington, DC 20006
Tel (202) 420-2709 | Fax (202) 420-2201
gunnd@dicksteinshapiro.com

---

**From:** Johnson Valda [mailto:Johnson.Valda@pbgc.gov]
**Sent:** Tuesday, August 28, 2007 12:38 PM
**To:** Williams Steve; Gunn, David; Adebonojo, Kenneth (USADC)
**Subject:** RE: Mediation Session for ValdaT. Johnson

I will put in motion to postpone status hearing. Clerk also offered September dates in the late afternoon at 3:30. Should we ask for dates after October 5 or in September?

---

**From:** Williams Steve
**Sent:** Tuesday, August 28, 2007 12:36 PM
**To:** Gunn, David; Adebonojo, Kenneth (USADC)
**Cc:** Johnson Valda
**Subject:** RE: Mediation Session for ValdaT. Johnson

I am scheduled for training the first week in October (1st thru 5th), but am available the rest of the month.

---

**From:** Gunn, David [mailto:GunnD@dicksteinshapiro.com]
**Sent:** Tuesday, August 28, 2007 12:30 PM
**To:** Williams Steve; Adebonojo, Kenneth (USADC)
**Subject:** RE: Mediation Session for ValdaT. Johnson

Thanks. The judge is pretty much booked until October. Clerk suggested October 3 in the afternoon. Please let me know what you think. I'll need to confirm with Ms. Johnson before we set that date, however.


**David L. Gunn**
Associate
Dickstein Shapiro LLP
1825 Eye Street, NW | Washington, DC 20006
Tel (202) 420-2709 | Fax (202) 420-2201
gunnd@dicksteinshapiro.com

---

**From:** Williams Steve [mailto:Williams.Steve@pbgc.gov]
**Sent:** Tuesday, August 28, 2007 12:24 PM
**To:** Adebonojo, Kenneth (USADC); Gunn, David
**Subject:** RE: Mediation Session for ValdaT. Johnson

No problem. September is open except for the 19th.

---

**From:** Adebonojo, Kenneth (USADC) [mailto:Kenneth.Adebonojo@usdoj.gov]

08/30/2007

**Sent:** Tuesday, August 28, 2007 12:13 PM
**To:** Gunn, David
**Cc:** Williams Steve
**Subject:** RE: Mediation Session for ValdaT. Johnson

Sorry to hear that.... You have my consent to reschedule for after Sept. 17. Steve?


Thanks!

Kenneth Adebonojo
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202)514-7157
Facsimile: (202)514-8780
kenneth.adebonojo@usdoj.gov

Privileged and Confidential

---

**From:** Gunn, David [mailto:GunnD@dicksteinshapiro.com]
**Sent:** Tuesday, August 28, 2007 12:12 PM
**To:** Adebonojo, Kenneth (USADC)
**Cc:** williams.steve@pbgc.gov
**Subject:** RE: Mediation Session for ValdaT. Johnson

Dear Kenneth and Stephen,

We have a 2PM conference with Judge Facciola today. I am completely under the weather, perhaps due to food poisoning and just can't make it to the conference this afternoon. I need to go home. Can we please see about re-scheduling?


**David L. Gunn**
Associate
Dickstein Shapiro LLP
1825 Eye Street, NW | Washington, DC 20006
Tel (202) 420-2709 | Fax (202) 420-2201
gunnd@dicksteinshapiro.com

---

**From:** Adebonojo, Kenneth (USADC) [mailto:Kenneth.Adebonojo@usdoj.gov]
**Sent:** Monday, July 09, 2007 2:45 PM
**To:** Gunn, David
**Subject:** RE: Mediation Session for ValdaT. Johnson

Got it!

Thanks!

08/30/2007

Kenneth Adebonojo
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202)514-7157
Facsimile: (202)514-8780
kenneth.adebonojo@usdoj.gov

---

**From:** Gunn, David [mailto:GunnD@dicksteinshapiro.com]
**Sent:** Monday, July 09, 2007 1:14 PM
**To:** Adebonojo, Kenneth (USADC)
**Cc:** Kadzik, Peter; Magill, Shannon
**Subject:** RE: Mediation Session for ValdaT. Johnson

Kenneth,

Judge Facciola was indeed available on July 30 at 2PM, and we are set for that date.

Best regards,


**David L. Gunn**
Associate
Dickstein Shapiro LLP
1825 Eye Street, NW | Washington, DC 20006
Tel (202) 420-2709 | Fax (202) 420-2201
gunnd@dicksteinshapiro.com

---

This e-mail message and any attached files are confidential
and are intended solely for the use of the addressee(s)
named above. This communication may contain material
protected by attorney-client, work product, or other
privileges. If you are not the intended recipient or person
responsible for delivering this confidential communication
to the intended recipient, you have received this
communication in error, and any review, use, dissemination,
forwarding, printing, copying, or other distribution of
this e-mail message and any attached files is strictly
prohibited. Dickstein Shapiro reserves the right to monitor
any communication that is created, received, or sent on its
network. If you have received this confidential
communication in error, please notify the sender
immediately by reply e-mail message and permanently delete
the original message.

To reply to our email administrator directly, send an email

08/30/2007

to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
http://www.DicksteinShapiro.com

===========================================================================
-----------------------------------------------------------
This e-mail message and any attached files are confidential
and are intended solely for the use of the addressee(s)
named above. This communication may contain material
protected by attorney-client, work product, or other
privileges. If you are not the intended recipient or person
responsible for delivering this confidential communication
to the intended recipient, you have received this
communication in error, and any review, use, dissemination,
forwarding, printing, copying, or other distribution of
this e-mail message and any attached files is strictly
prohibited. Dickstein Shapiro reserves the right to monitor
any communication that is created, received, or sent on its
network.  If you have received this confidential
communication in error, please notify the sender
immediately by reply e-mail message and permanently delete
the original message.

To reply to our email administrator directly, send an email
to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
http://www.DicksteinShapiro.com

===========================================================================
-----------------------------------------------------------
This e-mail message and any attached files are confidential
and are intended solely for the use of the addressee(s)
named above. This communication may contain material
protected by attorney-client, work product, or other
privileges. If you are not the intended recipient or person
responsible for delivering this confidential communication
to the intended recipient, you have received this
communication in error, and any review, use, dissemination,
forwarding, printing, copying, or other distribution of
this e-mail message and any attached files is strictly
prohibited. Dickstein Shapiro reserves the right to monitor
any communication that is created, received, or sent on its
network.  If you have received this confidential
communication in error, please notify the sender
immediately by reply e-mail message and permanently delete
the original message.

To reply to our email administrator directly, send an email
to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
http://www.DicksteinShapiro.com

===========================================================================
-----------------------------------------------------------
This e-mail message and any attached files are confidential
and are intended solely for the use of the addressee(s)
named above. This communication may contain material

08/30/2007

protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
http://www.DicksteinShapiro.com

==============================================================================

08/30/2007