UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
OCT 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VALDA T. JOHNSON, )
)
Plaintiff, )
)
v. ) Civil Action No. 06-399 (EGS),
) (JMF)
)
ELAINE CHAO, )
    Secretary of Labor, <u>et al.</u>, )
)
Defendants. )
_____ )

## MOTION TO COURT TO POSTPONE STATUS HEARING AS MEDIATION CONTINUES

Plaintiff motions to the Court to have status hearing for November 8, 2007, postponed while mediation continues. Court appointed Counsel for plaintiff Johnson became ill for the mediation session previously scheduled for August. Though the mediation session had been rescheduled before the time of the September 2007 status hearing date, attorneys for the defendants were still prepared to attend the previous Status hearing, though plaintiff had filed a motion for a delay. Plaintiff had also informed the attorneys for the defendants of her intent. In fact, on the very day of said hearing, plaintiff was informed by PBGC attorney that they were still planning to attend the status hearing, though she was under the impression that the hearing would be postponed. Mediation is scheduled to continue as the Honorable Judge Facciola's schedule allows in late October – October 29, 2007. However, Judge Facciola has not to date confirmed that date (His order advised parties to contact his office one week before the scheduled date to see if he still was

available.). Plaintiff has contacted the chambers of Judge Facciola, but has not received a confirmation, as Judge Facciola is apparently in trial. Plaintiff firmly believes that the mediation session should occur as it would benefit both parties. Therefore, the status hearing should be delayed until January to allow time for meaningful settlement discussions to continue without interference for the holiday and without interference from NAGE, the National Association of Government Employees, still acting on behalf of PBGC, to tax the plaintiff for Court costs.

Respectfully Submitted,

*Valda T. Johnson* 10/22/2007
Valda T. Johnson, Pro Se
3600 Tupelo Court
Woodbridge, Va. 22192; (703) 590 – 1137

I certify that a copy of the foregoing *Pro Se* Plaintiff Valda Johnson's Motion to Postpone Status Hearing was served by ~~e~~-mail on October 23, 2007, to

1st class mail

                      Kenneth Adebonojo
                      Assistant United States Attorney
                            555 Fourth Street, N.W., E-4112
                            Washington, D.C. 20530
                            Tel. (202) 307-0338
                            Fax (202) 514-8780

                      */s/ Valda T. Johnson*
                      Valda T. Johnson, Pro Se
                      3600 Tupelo Court
                      Woodbridge, VA 22192

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA T. JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELAINE CHAO, )<br>Secretary of Labor, <u>et al.</u>, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-399 (EGS),<br>(JMF) |

### ORDER TO POSTPONE STATUS HEARING AS MEDIATION CONTINUES

Upon consideration of the Motion of Plaintiff Valda T. Johnson to postpone status hearing as Mediation continues

**ORDERED** that the status hearing for this case will not take place until January 22, 2008.

_____
UNITED STATES DISTRICT JUDGE

—4—