UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VALDA T. JOHNSON,

    Plaintiff,

  v.                                  Civil Action No. 06-399 (EGS/JMF)

ELAINE L.CHAO,

    Defendant

## ORDER

IT IS ORDERED THAT the parties show cause within 10 business days why the following stipulated order should not be issued:

1. All proceedings in this matter will be stayed for six months.

2. During that period of time the undersigned United States Magistrate Judge will function as a mediator in an effort to assist the parties in the resolution of any controversies that arise between them.

3. Either party may commence the mediation process created by this Order by notifying the other party in writing that she or the agency is doing so. That statement will contain a brief summary of the nature of the controversy that has arisen.

4. Upon receipt, the other party will have ten business days to respond thereto. Either party remains free to attempt to resolve the controversy within those ten days. If that attempt is unsuccessful, the response of the other party will invoke the mediation process. In that event, the defendant will have the responsibility to advise the mediator that the process has been invoked and of the need for mediation.

5. All mediation sessions are confidential and considered to be part of the effort to settle this case.

6. If the mediator is unable to resolve the controversy, he will declare an impasse and the stay imposed by this Order will dissolve and the parties will return to the status quo before this Order was issued.

7. The parties will in good faith bring to any mediation session all persons necessary to resolve the controversy. The final determination of who is necessary will be made by the mediator and a failure to bring persons the mediator deems necessary will be deemed an impasse under paragraph 6.

8. The parties appreciate that plaintiff may have to file EEO complaints during the six month period created by this Order to exhaust her administrative remedies and toll the statute of limitations. Her doing so will not be deemed a violation of this Order.

Dated: January 31, 2008                    /s/
                                        JOHN M. FACCIOLA
                                        UNITED STATES MAGISTRATE JUDGE